FILED

2003 OCT 29 A 11: 27

US DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| NORMA CHRISTIAN | : |
| VS. | : NO. 3:03CV524(RNC) |
| JUDICIAL BRANCH OF THE STATE OF CONNECTICUT, COURT OPERATIONS DIVISION, and SABRINA SANTORO | : NOVEMBER 1, 2003 |

Stat Report

**PARTIES' RULE 16(c) REPORT**

Counsel for the parties having conferred, the following report is submitted to the court in connection with the Pretrial Conference in this matter.

I. FORMULATION AND SIMPLIFICATION OF THE ISSUES

Not applicable.

II. NECESSITY OR DESIRABILITY OF AMENDMENTS TO THE PLEADINGS

Not applicable at this time.

III. POSSIBILITY OF OBTAINING ADMISSIONS OF FACT AND OF DOCUMENTS TO AVOID UNNECESSARY PROOF, STIPULATIONS REGARDING AUTHENTICITY OF DOCUMENTS, AND ADVANCE RULINGS FROM THE COURT ON THE ADMISSIBILITY OF EVIDENCE

This should be addressed after discovery has concluded.

IV.  AVOIDANCE OF UNNECESSARY PROOF AND OF CUMULATIVE EVIDENCE, AND LIMITATIONS OR RESTRICTIONS ON THE USE OF TESTIMONY UNDER RULE 702, F.R.EV.

This issue should be revisited after discovery has concluded.

V.  APPROPRIATENESS AND TIMING OF SUMMARY ADJUDICATION

The present scheduling order is sufficient.

VI.  CONTROL AND SCHEDULING OF DISCOVERY

The present order is adequate.

VII.  IDENTIFICATION OF WITNESSES AND DOCUMENTS, THE NEED AND SCHEDULE FOR FILING AND EXCHANGING PRETRIAL BRIEFS, AND THE DATE OR DATES FOR FURTHER CONFERENCES AND FOR TRIAL

The present order is adequate.

VIII  ADVISABILITY OF REFERRING MATTERS TO A MAGISTRATE JUDGE OR MASTER

Premature at this time.

IX.  SETTLEMENT AND USE OF SPECIAL PROCEDURES TO ASSIST IN RESOLVING THE DISPUTE

Premature at this time.

X.   FORM AND SUBSTANCE OF THE PRETRIAL ORDER

The current order is satisfactory.

XI.   DISPOSITION OF PENDING MOTIONS

None.

XII   NEED FOR ADOPTING SPECIAL PROCEDURES FOR MANAGING POTENTIALLY DIFFICULT OR PROTRACTED ACTIONS

Not applicable.

XIII   ORDER FOR SEPARATE TRIALS

Not applicable at this time.

XIV   ORDER DIRECTING PARTIES TO PRESENT EVIDENCE EARLY IN THE TRIAL WITH RESPECT TO A MANAGEABLE ISSUE THAT COULD BE THE BASIS FOR A JUDGMENT AS A MATTER OF LAW

Not applicable.

XV   ORDER ESTABLISHING A REASONABLE LIMIT ON THE TIME ALLOWED FOR PRESENTING EVIDENCE

Not applicable.

XVI   SUCH OTHER MATTERS AS MAY FACILITATE THE JUST, SPEEDY, AND INEXPENSIVE DISPOSITION OF THE ACTION

None at this time.

THE PLAINTIFF

BY _____
JOHN R. WILLIAMS (ct00215)
Williams and Pattis, LLC
51 Elm Street
New Haven, CT 06510
(203) 562.9931
Fax: (203) 776-9494
E-Mail: jrw@johnrwilliams.com
Her Attorney


THE DEFENDANTS

BY _____
STEPHEN J. COURTNEY (CT11650)
Assistant Attorney General
P. O. Box 120
Hartford, CT 06141-0120
Their Attorney