FILED
2004 JAN 20 P 1:04
U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| NORMA CHRISTIAN | : |
| VS. | : NO. 3:03CV524(RNC) |
| STATE OF CONNECTICUT, ET AL. | : JANUARY 16, 2004 |

### CONSENT MOTION TO EXTEND DISCOVERY DEADLINE

The plaintiff moves on consent of the defendants to extend by sixty days the discovery deadline in this case, as well as all deadlines related thereto. In support of this motion, the plaintiff represents that this extension is necessary to enable the parties to complete mutual discovery which has been slowed because the plaintiff, who has retired, now resides in the state of Florida.

THE PLAINTIFF

BY /s/ John R. Williams
John R. Williams
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510
203.562.9931
FAX: 203.776.9494
Federal Bar No. 00215
Her Attorney