UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| NORMA CHRISTIAN : | |
| : | |
| VS. : | NO. 3:03CV524(RNC) |
| : | |
| JUDICIAL BRANCH OF : | |
| THE STATE OF CONNECTICUT, : | |
| COURT OPERATIONS DIVISION, : | |
| and : | |
| SABRINA SANTORO : | FEBRUARY 25, 2004 |

**PLAINTIFF'S RULE 16(c) REPORT**

I.   FORMULATION AND SIMPLIFICATION OF THE ISSUES

   Not applicable.


II.  NECESSITY OR DESIRABILITY OF AMENDMENTS TO THE PLEADINGS

   Not applicable at this time.


III. POSSIBILITY OF OBTAINING ADMISSIONS OF FACT AND OF DOCUMENTS TO AVOID UNNECESSARY PROOF, STIPULATIONS REGARDING AUTHENTICITY OF DOCUMENTS, AND ADVANCE RULINGS FROM THE COURT ON THE ADMISSIBILITY OF EVIDENCE

   This should be addressed after discovery has concluded.

IV.      AVOIDANCE OF UNNECESSARY PROOF AND OF CUMULATIVE EVIDENCE, AND LIMITATIONS OR RESTRICTIONS ON THE USE OF TESTIMONY UNDER RULE 702, F.R.EV.

This issue should be revisited after discovery has concluded.

V.      APPROPRIATENESS AND TIMING OF SUMMARY ADJUDICATION

The present scheduling order is sufficient.

VI.      CONTROL AND SCHEDULING OF DISCOVERY

The present order is adequate.

VII.      IDENTIFICATION OF WITNESSES AND DOCUMENTS, THE NEED AND SCHEDULE FOR FILING AND EXCHANGING PRETRIAL BRIEFS, AND THE DATE OR DATES FOR FURTHER CONFERENCES AND FOR TRIAL

The present order is adequate.

VIII      ADVISABILITY OF REFERRING MATTERS TO A MAGISTRATE JUDGE OR MASTER

Premature at this time.

IX.      SETTLEMENT AND USE OF SPECIAL PROCEDURES TO ASSIST IN RESOLVING THE DISPUTE

Premature at this time.

X.    FORM AND SUBSTANCE OF THE PRETRIAL ORDER

The current order is satisfactory.

XI.    DISPOSITION OF PENDING MOTIONS

None.

XII    NEED FOR ADOPTING SPECIAL PROCEDURES FOR MANAGING POTENTIALLY DIFFICULT OR PROTRACTED ACTIONS

Not applicable.

XIII    ORDER FOR SEPARATE TRIALS

Not applicable at this time.

XIV    ORDER DIRECTING PARTIES TO PRESENT EVIDENCE EARLY IN THE TRIAL WITH RESPECT TO A MANAGEABLE ISSUE THAT COULD BE THE BASIS FOR A JUDGMENT AS A MATTER OF LAW

Not applicable.

XV    ORDER ESTABLISHING A REASONABLE LIMIT ON THE TIME ALLOWED FOR PRESENTING EVIDENCE

Not applicable.

XVI    SUCH OTHER MATTERS AS MAY FACILITATE THE JUST, SPEEDY, AND INEXPENSIVE DISPOSITION OF THE ACTION

None at this time.

THE PLAINTIFF

BY_____
         JOHN R. WILLIAMS (ct00215)
         Williams and Pattis, LLC
         51 Elm Street
         New Haven, CT 06510
         (203) 562.9931
         Fax: (203) 776-9494
         E-Mail: jrw@johnrwilliams.com
         Her Attorney

CERTIFICATION OF SERVICE

On the date above stated, a copy hereof was mailed to Attorney Sharon Scully, Assistant Attorney General, P. O. Box 120, Hartford, CT 06141-0120.

_____
JOHN R. WILLIAMS