## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NORMA CHRISTIAN | : | CIVIL ACTION NO. |
|    *Plaintiff* | : | 3:03CV00524(RNC) |
| | : | |
| v. | : | |
| | : | |
| JUDICIAL BRANCH OF THE | : | |
| STATE OF CONNECTICUT, | : | |
| COURT OPERATIONS DIVISION | : | |
| and SABRINA SANTORO | : | |
|    *Defendants* | : | April 26, 2004 |

### DEFENDANTS' MOTION FOR MODIFICATION OF SCHEDULING ORDER

COMES NOW the defendants, through counsel, respectfully requesting for an order to modify the existing Scheduling Order to extend the time for discovery sixty days (60) to and including July 15, 2004 and for the filing of a letter for permission to file dispositive motion to June 1, 2004. In support of this motion, the defendants represent as follows:

1.    The current Scheduling Order (Endorsement 22-1, dated January 22, 2004) has set the discovery deadline for May 15, 2004.

2.    The undersigned has been recently assigned to the Employment Rights Department of the Attorney General's Office, beginning here on April 16, 2004.

3.    The undersigned filed her appearance in this instant matter on April 23, 2004.

4.    The undersigned needs additional time to familiarize herself with the complexities of the matter.

5.    This is the defendants' first request for modification of the Scheduling Order.

6.  Pursuant to Local Rule 7(b), the undersigned contacted plaintiff's counsel, John R. Williams, Esq., and he has NO OBJECTION to this motion.

WHEREFORE, the defendants respectfully request a modification of the Scheduling Order, extending the discovery deadline to July 15, 2004 and for filing permission to file summary judgment to June 1, 2004.

>DEFENDANTS
>JUDICIAL BRANCH, ET AL.
>
>RICHARD BLUMENTHAL
>ATTORNEY GENERAL
>
>BY: _____
>Nancy A. Brouillet
>Assistant Attorney General
>Federal Bar No. ct06643
>55 Elm Street, P. O. Box 120
>Hartford, CT  06141-0120
>Tel:  (860) 808-5340
>Fax:  (860) 808-5383
>E-Mail Address:
>Nancy.Brouillet@po.state.ct.us

## CERTIFICATION

I hereby certify that a copy of the foregoing **Motion for Modification of the Scheduling Order** was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 26th day of April, 2004, first class postage prepaid to:

John R. Williams, Esq.
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT  06510

>_____
>Nancy A. Brouillet
>Assistant Attorney General