UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NORMA CHRISTIAN, | : | CIVIL NO. 3:03CV00524(RNC) |
| *Plaintiff* | : | |
| | : | |
| v. | : | : |
| | : | |
| STATE OF CONNECTICUT, | : | |
| JUDICIAL BRANCH, et al. | : | |
| *Defendants* | : | April 23, 2004 |

## **APPEARANCE**

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT:

Please enter my appearance as attorney for the defendants, State of Connecticut Judicial Branch and Sabrina Santoro, in the above-referenced matter, in lieu of appearance of Stephen J. Courtney, already on file. Dated at Hartford, Connecticut this 23rd day of April, 2004.

DEFENDANTS
STATE OF CONNECTICUT
JUDICIAL BRANCH, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

By: _____
Nancy A. Brouillet
Assistant Attorney General
55 Elm Street, P.O. Box 120
Hartford, CT  06141-0120
Tel.:  (860) 808-5340
Fax.: (860) 808-5383
Federal Bar No. ct03138
Email: Nancy.Brouillet@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed, postage prepaid, this 23rd day of April, 2004 to the following:

John R. Williams, Esq.
Williams & Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510

_____
Nancy A. Brouillet
Assistant Attorney General