UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| NORMA CHRISTIAN<br>*Plaintiff*<br><br>v.<br><br>JUDICIAL BRANCH OF THE<br>STATE OF CONNECTICUT,<br>COURT OPERATIONS DIVISION<br>and SABRINA SANTORO<br>*Defendants* | : CIVIL ACTION NO.<br>: 3:03CV00524(RNC)<br>:<br>:<br>:<br>:<br>:<br>:<br>: April 26, 2004 |

### DEFENDANTS' MOTION FOR MODIFICATION OF SCHEDULING ORDER

COMES NOW the defendants, through counsel, respectfully requesting for an order to modify the existing Scheduling Order to extend the time for discovery sixty days (60) to and including July 15, 2004 and for the filing of a letter for permission to file dispositive motion to June 1, 2004. In support of this motion, the defendants represent as follows:

1. The current Scheduling Order (Endorsement 22-1, dated January 22, 2004) has set the discovery deadline for May 15, 2004.

2. The undersigned has been recently assigned to the Employment Rights Department of the Attorney General's Office, beginning here on April 16, 2004.

3. The undersigned filed her appearance in this instant matter on April 23, 2004.

4. The undersigned needs additional time to familiarize herself with the complexities of the matter.

5. This is the defendants' first request for modification of the Scheduling Order.