UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 MAY 10  A 11: 01

U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| NORMA CHRISTIAN<br>*Plaintiff* | CIVIL ACTION NO.<br>3:03CV00524(RNC) |
| v. | |
| JUDICIAL BRANCH OF THE<br>STATE OF CONNECTICUT,<br>COURT OPERATIONS DIVISION<br>and SABRINA SANTORO<br>*Defendants* | May 6, 2004 |

### MOTION TO WITHDRAW APPEARANCE

Stephen J. Courtney requests leave of the Court to withdraw his appearance on behalf of defendants Judicial Branch of the State of Connecticut, Court Operations Division and Sabrina Santoro in the above-captioned matter. In support of this motion, the undersigned represents as follows: Assistant Attorney General Nancy A. Brouillet has filed an appearance on behalf of the defendants; former Assistant Attorney General Courtney accepted employment outside the Office of the Attorney General and has turned over his employment cases to other attorneys in the Employment Rights Department.

DEFENDANT,

JUDICIAL BRANCH OF THE
STATE OF CONNECTICUT,
COURT OPERATIONS DIVISION

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Stephen J. Courtney
Labor and Employment Attorney
Central Connecticut State University
1516 Stanley Street
New Britain, CT 06050
Federal Bar No. ct11650
Email: Courtneyste@mail.ccsu.edu

## CERTIFICATION

I herein certify that a copy was mailed this 6th day of May, 2004 to all counsel of record via first class mail postage prepaid to:

John R. Williams, Esq.
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510

Nancy A. Brouillet, AAG
55 Elm Street, 4th Floor
Employment Rights Department
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120

_____
Stephen J. Courtney