UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 MAY 10 A 11: 01
U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| NORMA CHRISTIAN<br>*Plaintiff* | CIVIL ACTION<br>3:03CV00524(RNC) |
| v. | |
| JUDICIAL BRANCH OF THE<br>STATE OF CONNECTICUT,<br>COURT OPERATIONS DIVISION<br>and SABRINA SANTORO<br>*Defendants* | May 6, 2004 |

## MOTION TO WITHDRAW APPEARANCE

Stephen J. Courtney requests leave of the Court to withdraw his appearance on behalf of defendants Judicial Branch of the State of Connecticut, Court Operations Division and Sabrina Santoro in the above-captioned matter. In support of this motion, the undersigned represents as follows: Assistant Attorney General Nancy A. Brouillet has filed an appearance on behalf of the defendants; former Assistant Attorney General Courtney accepted employment outside the Office of the Attorney General and has turned over his employment cases to other attorneys in the Employment Rights Department.

May 11, 2004.  Granted. So ordered.
Robert N. Chatigny, U.S.D.J.

FILED
2004 MAY 12 A 8: 04
U.S. DISTRICT COURT
HARTFORD, CT.