*[Handwritten marginal endorsement, left side, by Robert N. Chatigny, U.S.D.J.:]*

> May 24, 2004. The Clerk will docket this letter and send copies of this endorsement to counsel of record. Counsel may file the proposed motion on or before August 16, 2004 without a prefiling conference. So ordered.
>
> Robert N. Chatigny / U.S.D.J.



BLUMENTHAL
ATTORNEY GENERAL

**RECEIVED**
MAY 19  10 30 AM '04

55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

Office of The Attorney General
**State of Connecticut**

CHAMBERS
ROBERT N. CHATIGNY
U.S. DISTRICT JUDGE

Tel: (860) 808-5340
Fax: (860) 808-5383

May 18, 2004

The Honorable Robert N. Chatigny
United States District Court Judge
District of Connecticut
450 Main Street
Hartford, CT 06103

RE: *Norma Christian v. Judicial Branch of the State of Connecticut, Court Operations Division and Sabrina Santoro*
Civil Action No.: 3:03CV00524(RNC)

*Complies* [handwritten notation]

Dear Judge Chatigny:

I am writing on behalf of the defendants to request a **prefiling conference** for the purpose of filing a **motion for judgment on the pleadings**. The previous Assistant Attorney General handling the defense of this matter had previously filed such a request for the purpose of filing a motion for judgment on the pleadings. With the change in counsel working on this case for the plaintiff and the defendants, the motion was not filed. However, the defendants believe that this case is most appropriate for a summary judgment filing with the Court.

The plaintiff has sued the State, and a supervisory employee of the State, in her individual capacity, in this employment discrimination case. The plaintiff claims that the defendants discriminated against her because of her race, color, disability, a previous arrest, and in retaliation for complaining about discrimination. Plaintiff alleges that her employer, the Court Operations Division of the State Judicial Branch, violated Title VII, 42 U.S.C. § 1981, Sec. 504 of the Rehabilitation Act of 1973, and Conn. Gen. Stat. §§ 46a-58(a), 46a-60(a)(1) and (4), 46a-79 and 46a-80. The plaintiff alleges that her former supervisor, Sabrina Santoro, is liable under 42 U.S.C. §1983 and for the intentional infliction of emotional distress. The plaintiff seeks compensatory and punitive damages, attorney's fees and costs, and injunctive relief.

The bases for the motion are:

1. Plaintiff's claims against the State under 42 U.S.C. § 1981 are barred by the doctrine of sovereign immunity and the State is not a person under § 1981; 2. Plaintiff cannot establish a claim under 42 U.S.C. § 1981; 3. Plaintiff's claims against the Defendants for violations of Conn. Gen. Stat. §§ 46a-60, 46a-79 and 46a-80, (CFEPA) are barred by the Eleventh Amendment to the United States Constitution; 4. Plaintiff's claims against the Defendants pursuant to Conn. Gen. Stat. § 46a-58 fail to state a claim upon which relief can be granted,

*[FILED stamp: 2004 MAY 24 P 2:57 U.S. DIST...]*