UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NORMA CHRISTIAN | : | |
| | : | |
| VS. | : | NO. 3:02CV00524 (RNC) |
| | : | |
| JUDICIAL BRANCH OF THE STATE OF CONNECTICUT, COURT OPERATIONS DIVISION AND SABRINA SANTORO | : | JUNE 14, 2004 |

A P P E A R A N C E

Please enter my appearance on behalf of the above-captioned Plaintiff, Norma Christian, in connection with this matter.

THE PLAINTIFF


BY_____
Kim Coleman Waisonovitz
Federal Bar No. ct25759
Williams & Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510
Tel: (203) 562-9931
Fax: (203) 776-9494
Email: K.Waisonovitz@jrwilliams.com

CERTIFICATION OF SERVICE

      This is to certify that a copy of the foregoing was mailed, first class mail, postage prepaid, on June 14, 2004, to the following counsel of record::

Attorney General Office
55 Elm Street
Hartford, CT 06141

_____
Kim Coleman Waisonovitz