UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NORMA CHRISTIAN | : | CIVIL ACTION NO. |
| *Plaintiff* | : | 3:03CV00524(RNC) |
| | : | |
| v. | : | |
| | : | |
| JUDICIAL BRANCH OF THE | : | |
| STATE OF CONNECTICUT, | : | |
| COURT OPERATIONS DIVISION | : | |
| and SABRINA SANTORO | : | |
| *Defendants* | : | June 21, 2004 |

**DEFENDANTS' MOTION FOR MODIFICATION OF SCHEDULING ORDER**

COMES NOW the defendants, through counsel, respectfully requesting an order to modify the existing Scheduling Order to extend the time for discovery thirty (30) days to and including August 15, 2004 and for filing of dispositive motions to September 16, 2004. In support of this motion, the defendants represent as follows:

1. The current Scheduling Order (Endorsement 27-1, dated May 28, 2004) has set the discovery deadline for July 15, 2004.

2. Pursuant to the Standing Order of Honorable United States District Court Judge Robert N. Chatigny, the undersigned filed on May 18, 2004 with the Court a letter requesting a Prefiling Conference to file summary judgment. The letter was endorsed by the Court (Doc. # 30, dated May 24, 2004) and a deadline of August 16, 2004 was set for filing of dispositive motions.

3. The defendants commenced the deposition of the plaintiff on May 25, 2004. However, at that time the plaintiff did not produce any of the documents requested pursuant to Federal Rules of Civil Procedure Rule 30. As of this date, the plaintiff has not produced these records which are necessary for her testimony to be completed. The

plaintiff's continued deposition was noticed for June 23, 2004 and re-set to June 24, 2004, at the request of plaintiff's counsel. Plaintiff's counsel informed the undersigned that that date was not convenient, as well. The undersigned has a number of public hearings before the Connecticut Commission on Human Rights & Opportunities ("CHRO") in July 2004 and is unavailable for the majority of the month. Wherefore, the defendants through counsel respectfully request an extension to and including August 15, 2004 in order to take the deposition of the plaintiff.

  4. This is the defendants' second request for modification of the Scheduling Order and is being made due to the unavailability of the plaintiff's counsel

  5. Pursuant to Local Rule 7(b), the undersigned contacted plaintiff's counsel, John R. Williams, Esq., and he has NO OBJECTION to this motion.

  WHEREFORE, the defendants respectfully request a modification of the Scheduling Order, extending the discovery deadline to August 15, 2004 and for filing of dispositive motions to September 16, 2004.

           DEFENDANTS
           JUDICIAL BRANCH, ET AL.

           RICHARD BLUMENTHAL
           ATTORNEY GENERAL


     BY: _____
       Nancy A. Brouillet
       Assistant Attorney General
       Federal Bar No. ct06643
       55 Elm Street, P. O. Box 120
       Hartford, CT  06141-0120
       Tel:  (860) 808-5340
       Fax:  (860) 808-5383
       E-Mail Address:
       Nancy.Brouillet@po.state.ct.us

## CERTIFICATION

I hereby certify that a copy of the foregoing **Motion for Modification of the Scheduling Order** was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 21st day of June, 2004, first class postage prepaid to:

Kim Coleman Waisonovitz, Esq.
John R. Williams, Esq.
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT  06510

                                                               _____
                                                               Nancy A. Brouillet
                                                               Assistant Attorney General