UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**

NORMA CHRISTIAN : CIVIL ACTION NO.
*Plaintiff* : 3:03CV00524(RNC)
: 2004 JUN 22 A 11: 08
v. : U.S. DISTRICT COURT
: HARTFORD, CT.
JUDICIAL BRANCH OF THE :
STATE OF CONNECTICUT, :
COURT OPERATIONS DIVISION :
and SABRINA SANTORO :
*Defendants* : June 21, 2004

## DEFENDANTS' MOTION FOR MODIFICATION OF SCHEDULING ORDER

COMES NOW the defendants, through counsel, respectfully requesting an order to modify the existing Scheduling Order to extend the time for discovery thirty (30) days to and including August 15, 2004 and for filing of dispositive motions to September 16, 2004. In support of this motion, the defendants represent as follows:

1. The current Scheduling Order (Endorsement 27-1, dated May 28, 2004) has set the discovery deadline for July 15, 2004.

2. Pursuant to the Standing Order of Honorable United States District Court Judge Robert N. Chatigny, the undersigned filed on May 18, 2004 with the Court a letter requesting a Prefiling Conference to file summary judgment. The letter was endorsed by the Court (Doc. # 30, dated May 24, 2004) and a deadline of August 16, 2004 was set for filing of dispositive motions.

3. The defendants commenced the deposition of the plaintiff on May 25, 2004. However, at that time the plaintiff did not produce any of the documents requested pursuant to Federal Rules of Civil Procedure Rule 30. As of this date, the plaintiff has not produced these records which are necessary for her testimony to be completed. The

*June 23, 2004. Granted. So ordered.*
*Robert N. Chatigny, U.S.D.J.*

FILED 2004 JUN 23 A 10:19 U.S. DISTRICT COURT HARTFORD, CT