UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NORMA CHRISTIAN, | : | CIVIL ACTION NO. |
| *Plaintiff* | : | 3:03CV00524(RNC) |
| | : | |
| v. | : | |
| | : | |
| JUDICIAL BRANCH OF THE | : | |
| STATE OF CONNECTICUT, | : | |
| COURT OPERATIONS DIVISION | : | |
| and SABARINA SANTORO, | : | |
| *Defendants.* | : | August 12, 2004 |

**DEFENDANTS' MOTION TO COMPEL AND MOTION FOR SANCTIONS**

Pursuant to Rule 37(a) of the Federal Rules of Civil Procedure and Local Rule 37, the defendants respectfully request that this Court order the plaintiff to cooperate in discovery and produce the documents that were first requested in a notice of deposition dated May 7, 2004. In support of this Motion to Compel, the Defendants represent as follows:

1. The defendants sent notice on May 7, 2004 of plaintiff's deposition scheduled for May 25, 2004 and attached a Schedule A requesting several documents to be produced by the plaintiff, Norma Christian. (See attached Notice of Deposition dated May 7, 2004).

2. The plaintiff and plaintiff's counsel wholly failed to produce the requested documents at the deposition on May 25, 2004.

3. The deposition was continued and the plaintiff, and her counsel, were advised that the documentation was to be delivered to defendant counsel's office prior to the continuation of plaintiff's deposition in order to facilitate the smooth progression of the proceedings.

4. The plaintiff's deposition was re-noticed on June 14, 2004 for June 24, 2004.

5. The continuation was postponed at plaintiff counsel's request.

6. The continuation of plaintiff's deposition was re-noticed on June 22, 2004 for an August 2004 date. At that time, plaintiff's counsel was reminded that the documents requested on Schedule A were due. Plaintiff's counsel of record, Attorney Kim Waisonovitz of the Law Firm of Williams & Pattis, LLC, made the representation to the undersigned that the documents were forthcoming in a timely manner.

7. The continuation of the plaintiff's deposition was re-noticed on July 15, 2004. The continuation of the deposition of the plaintiff, Norma Christian, was re-scheduled for August 5, 2004. (See attached Notice of Deposition dated July 15, 2004).

8. The undersigned contacted plaintiff's counsel, Attorney Waisonovitz, by telephone in late July 2004 and left a message on August 3, 2004 and reminded plaintiff's counsel that the documents were still outstanding and the production material was expected to be produced as indicated on August 5, 2004.

9. The plaintiff's deposition resumed on August 5, 2004. Neither plaintiff nor counsel representing her at the deposition, Timothy Mahoney, Esq., of the Law Firm of Williams & Pattis, LLC, who does not have an appearance in the file, produced the requested documentation as had been anticipated.

10. The defendants through the undersigned have been forced to continue the deposition of the plaintiff yet again and have incurred costs of the Court Reporter, loss of work time for defendant Sabrina Santoro who was present at the August 5, 2004

deposition, and undue delay in moving the above-captioned matter beyond the discovery phase.

11.   The current deadline for discovery is August 15, 2004.  The defendants have re-noticed the deposition of the plaintiff for August 13, 2004 with no expectation of compliance by the plaintiff regarding the discovery requests.

WHEREFORE, the Defendants request that the plaintiff be ordered to immediately comply with the rules of discovery by supplying the documentation requested within five (5) days of the granting of this motion or immediately suffer the dismissal of this lawsuit with prejudice.  In addition, the defendants request that their expenses in making this motion, including reasonable attorneys' fees, be allowed in accordance with Rule 37(a)(4)(A) in the amount of 333.50. The Bill of Costs and Requests for Attorneys' Fees for this motion are attached.

                                          DEFENDANTS
                                          JUDICIAL BRANCH, ET AL.

                                          RICHARD BLUMENTHAL
                                          ATTORNEY GENERAL


BY:   _____
       Nancy A. Brouillet
       Assistant Attorney General
       Federal Bar No. ct03138
       P.O. Box 120, 55 Elm Street
       Hartford, CT  06141-0120
       Tel:  (860) 808-5340
       FAX:  (860) 808-5383
       Email:
       Nancy.Brouillet@po.state.ct.us

## **CERTIFICATION**

I hereby certify that pursuant to Rule 5(b) of the Federal Rules of Civil Procedure, a copy of the foregoing **Defendant's Motion to Compel and Motion for Sanctions** was sent via United States first class mail, postage prepaid, this 12th day of August, 2004, to:

John R. Williams, Esq.
Kim Waisonovitz, Esq.
Williams & Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT   06510

                                                                          _____
                                                                          Nancy A. Brouillet
                                                                          Assistant Attorney General