UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| NORMA CHRISTIAN,<br>*Plaintiff* | CIVIL ACTION NO.<br>3:03CV00524 (RNC) |
| V. | |
| JUDICIAL BRANCH OF THE<br>STATE OF CONNECTICUT,<br>COURT OPERATIONS DIVISION<br>AND SABRINA SANTORO,<br>*Defendants* | MAY 7, 2004 |

### FEDERAL RE-NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, the defendant will take the deposition of **Norma Christian**, before Brandon Smith Reporting Service, Court Reporters, or any person authorized to take depositions in the State of Connecticut, on **Tuesday, May 25, 2004 at 2:00 P.M.**, or such other day to which the proceedings may be continued until completed, at the Office of the Attorney General, 55 Elm Street, 2nd Floor Conference Room, Hartford, CT 06106.

The deposition is being taken for the purposes of discovery, for use at trial, or for such other purposes as are permitted under the Rules of Court, including the applicable Federal Rules of Civil Procedure.

It is requested that the plaintiff bring with her copies of any and all documents, notes and/or records in his possession or control, relating to the claims that she has made against the defendants, including but not limited to, those documents enumerated in SCHEDULE A, attached hereto.

ATTACHMENT A



DEFENDANT'S
EXHIBIT ID
1
5-25-04 Ky

DEFENDANTS

RICHARD BLUMENTHAL,
ATTORNEY GENERAL

By: _____
Nancy A. Brouillet
Assistant Attorney General
Federal Bar No. ct03138
55 Elm Street - P.O. Box 120
Hartford, CT 06141-0120
Tel: (860) 808-5340
Fax.: (860) 808-5383
Email:
Nancy.Brouillet@po.state.ct.us

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, postage prepaid, this 7th day of May, 2004, to:

**John R. Williams, Esq.**
**Williams & Pattis, LLC**
**51 Elm Street, Suite 409**
**New Haven, CT 06510**

_____
Nancy A. Brouillet
Assistant Attorney General

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NORMA CHRISTIAN, *Plaintiff* | : | CIVIL ACTION NO. 3:03CV00524 (RNC) |
| V. | : | |
| JUDICIAL BRANCH OF THE STATE OF CONNECTICUT, COURT OPERATIONS DIVISION AND SABRINA SANTORO, *Defendants* | : | MAY 7, 2004 |

## SCHEDULE A

1.  Any and all documentation of each and every fact alleged in the plaintiff's complaint.

2.  All reports of all doctors and all other care providers relating to treatment received by the plaintiff for any injury or disability, mental or physical, that is in any way related to, or a result of, the incidents alleged in, or the subject matter of, the plaintiff's complaint.

3.  Any non-privileged statements of any party in this case, in plaintiff's possession or control, concerning this action or its subject matter.

4.  Any documents, diaries, journals, logs, e-mail messages, and/or recordings of any kind in plaintiff's possession or control relating to plaintiff's employment with the Judicial Branch as well as the incidents related to the present complaint.

5.  Any documents in plaintiff's possession or control evidencing any claim of losses or damages alleged in this lawsuit.

6.  A copy of the pleadings by the plaintiff, Norma Christian, in the plaintiff's lawsuit filed in the Milford Superior Court captioned "Norma Christian v. Progressive Casualty Insurance Company" (hereinafter referred to as "Progressive Insurance lawsuit").

7.  A copy of the plaintiff's sworn responses to interrogatories and requests for production in the Progressive Insurance lawsuit.

8.  A copy of the plaintiff's deposition testimony in the Progressive Insurance lawsuit.

3

9.   A copy of the plaintiff's claim in the Progressive Insurance lawsuit that she suffered lost wages for the year 2001 as a result of injuries sustained in that motor vehicle accident.

10.   A copy of the plaintiff's pretrial memorandum in the Progressive lawsuit.

11.   A copy of the pleadings by the plaintiff, Norma Christian, in the plaintiff's lawsuit in the Milford Superior Court captioned "Norma Christian v. Stop & Shop Supermarket Company" (hereinafter referred to as "Stop & Shop lawsuit").

12.   A copy of the plaintiff's sworn responses to interrogatories and requests for production in the Stop & Shop lawsuit.

13.   A copy of the plaintiff's pretrial memorandum in the Stop & Shop lawsuit.

14.   A copy of the plaintiff's deposition testimony in the Progressive Insurance lawsuit.

15.   A copy of the plaintiff's claim in the Stop & Shop lawsuit that she suffered lost wages and would suffer future loss of earning capacity as a result of injuries sustained in that accident.