UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NORMA CHRISTIAN, | : | CIVIL ACTION NO. |
| *Plaintiff* | : | 3:03CV00524(RNC) |
| | : | |
| v. | : | |
| | : | |
| JUDICIAL BRANCH OF THE | : | |
| STATE OF CONNECTICUT, | : | |
| COURT OPERATIONS DIVISION | : | |
| and SABARINA SANTORO, | : | |
| *Defendants.* | : | August 12, 2004 |

## **CERTIFICATE OF GOOD FAITH**

In accordance with the provisions of Rule 37(a)(2)(B) of the Federal Rules of Civil Procedure and Rule 37 of the Local Rules of Civil Procedure for the District of Connecticut, counsel hereby certifies that: (1) the foregoing Bill of Costs and Requests for Attorney's Fees accurately and completely reflect the time and resources spent by the Office of the Attorney General in the preparation and filing of this motion; (2) the hourly fee charged is reasonable and in accordance with the fee charged in the Greater Hartford area for work done by attorneys of like experience and training; and (3) counsel has conferred or attempted to confer many times in the past with the plaintiff through her attorneys of the Law Firm of Williams & Pattis, LLC, in an effort to secure the information or material which is the subject of this motion as set forth in the attached motion and has failed.

                                                      DEFENDANT
                                                      JUDICIAL BRANCH, ET AL.

                                                      RICHARD BLUMENTHAL
                                                      ATTORNEY GENERAL


BY: _____
      Nancy A. Brouillet
      Assistant Attorney General
      55 Elm Street, P.O. Box 120
      Hartford, CT  06141-0120
      Tel:  (860) 808-5340
      Fax: (860) 808-5383
      E-mail : Nancy.Brouillet@po.state.ct.us
      D. Conn. Federal Bar # 03138


## **CERTIFICATION**

I hereby certify that pursuant to Rule 5(b) of the Federal Rules of Civil Procedure a copy of the foregoing Certificate of Good Faith was mailed, first class postage prepaid, this 12th day of August, 2004 to:

Kim Waisonovitz, Esq.
Williams & Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT  06510


_____
Nancy A. Brouillet
Assistant Attorney General