UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NORMA CHRISTIAN, | : | CIVIL ACTION NO. |
| *Plaintiff* | : | 3:03CV00524(RNC) |
| | : | |
| v. | : | |
| | : | |
| JUDICIAL BRANCH OF THE | : | |
| STATE OF CONNECTICUT, | : | |
| COURT OPERATIONS DIVISION | : | |
| and SABARINA SANTORO, | : | |
| *Defendants.* | : | August 12, 2004 |

## BILL OF COSTS AND
## REQUEST FOR ATTORNEY'S FEES

Pursuant to the provisions of Rule 37(a)(4)(A) of the Federal Rules of Civil Procedure, the defendants respectfully request that they be reimbursed as follows for the costs of the Defendants' Motion to Compel dated August 12, 2004.

**Copying Costs @ $.50/page**:

| | |
|---|---|
| Motion to Compel   (4 pages)(2 copies) | $4.00 |
| Certificate of Good Faith (2 pages)(2 copies) | 2.00 |
| Bill of Costs (2 pages)(2 copies) | 2.00 |
| Exhibits       (8 pages)(2 copies | 8.00 |

**Postage (first class)**

| | |
|---|---|
| U.S. Mail (2 copies) | 5.00 |

**Paralegal's Fees @ $75.00/hour**

| | |
|---|---|
| Preparation and proof of Motion to Compel (1.5 hours) | $112.50 |

**Attorney's Fees @ $200.00/hour**

| | |
|---|---|
| Review and proof of Motion to Compel (1.0 hours) | $200.00 |
| **TOTAL** | **$333.50** |

DEFENDANTS
JUDICIAL BRANCH, ET AL.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Nancy A. Brouillet
Assistant Attorney General
55 Elm Street, P.O. Box 120
Hartford, CT  06141-0120
Tel:  (860) 808-5340
Fax: (860) 808-5383
E-mail : Nancy.Brouillet@po.state.ct.us
D. Conn. Federal Bar # 03138

## **CERTIFICATION**

I hereby certify that pursuant to Rule 5(b) of the Federal Rules of Civil Procedure a copy of the foregoing was mailed, first class postage prepaid, this 12th day of August, 2004 to:

John R. Williams, Esq.
Kim Waisonovitz, Esq.
Williams & Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT  06510

_____
Nancy A. Brouillet
Assistant Attorney General