UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| NORMAN CHRISTIAN | : |
| VS. | : NO. 3:03CV00524(RNC) |
| STATE OF CONNECTICUT JUDICIAL BRANCH, ET AL. | : : AUGUST 9, 2004 |

### PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO COMPEL AND SANCTIONS DATED AUGUST 5, 2004.

The plaintiff requests that this Court deny, in it's entirety, the defendant's Motion to Compel and For Sanctions as it is erroneous, frivolous and misleading. In support of this motion, the plaintiff represents as follows:

1. Plaintiff has provided to the defendant all documentation in her possession that is responsive to the Schedule A attached to the deposition notice.

2. Defendant's counsel is seeking documentation that is not in the plaintiff's possession.

3. Plaintiff, and her counsel, has made a diligent effort to gain possession of this documentation, some of which is available to the public in court records and thus available to defense counsel.

4. The deposition, originally continued until June 23, 2004, was

        cancelled by Attorney Nancy Brouillet on June 14, 2004 and rescheduled for June 24, 2004.

5. Prior to the deposition date of June 24, 2004, Attorney Nancy Brouillet contacted plaintiff's counsel to again reschedule the deposition for her convenience.  During this telephone call, Attorney Nancy Brouillet stated that instead of all the medical records the plaintiff had with previous counsel regarding her injuries suffered in an automobile accident, she would accept the plaintiff's deposition testimony.

6. Both the plaintiff and counsel have attempted to track down these depositions.

7. On August 5, 2004, Attorney Timothy Mahoney attended the deposition with the plaintiff.  He provided all previous medical records as requested by Attorney Brouilett.

8. The plaintiff has provided the defendant with all documentation in her possession and control at this time.

WHEREFORE, the plaintiff respectfully requests the court deny the defendant's their motion in its entirety.

THE PLAINTIFF,

BY_____
Kim Coleman Waisonovitz
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510
203.562.9931
FAX: 203.787.9494
Federal Bar No. Ct25759
Her Attorney

## CERTIFICATION

This is to certify that a copy of the foregoing was sent first class mail, postage prepaid, on August 9, 2004, to the following counsel of record:

Attorney Nancy A. Brouillet
Assistant Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

_____
Kim Coleman Waisonovitz