UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2004 AUG 18 P 3: 16

U.S. DISTRICT COURT

| | |
|---|---|
| NORMA CHRISTIAN,<br><br>    Plaintiff,<br><br>v.<br><br>JUDICIAL BRANCH OF THE STATE OF<br>CONNECTICUT, ET AL.,<br><br>    Defendants. | CASE NO. 3:03CV524 (RNC) |

REFERRAL TO MAGISTRATE JUDGE

This case is hereby referred to Magistrate Judge Donna F. Martinez for the following:

___ To confer with the parties and enter the scheduling order required by F.R.Civ.P. 16(b);

___ To supervise discovery and resolve discovery disputes;

___ A ruling on all pretrial motions except dispositive motions, as permitted by 28 U.S.C. § 636(b)(1)(B);

___ To conduct settlement conferences;

___ To conduct a prefiling conference;

___ To assist the parties in preparing a joint trial memorandum;

_X_ A ruling on the following pending motions:
    Motion to Compel and for Sanctions [doc. 35]
    Motion for Attorney Fees and Bill of Costs [doc. 37]

So ordered.

Dated at Hartford, Connecticut this _18_ day of August 2004.

                          Robert N. Chatigny
                          United States District Judge