UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NORMA CHRISTIAN, | : | CIVIL ACTION NO. |
| *Plaintiff* | : | 3:03CV00524(RNC) |
| | : | |
| v. | : | |
| | : | |
| JUDICIAL BRANCH OF THE | : | |
| STATE OF CONNECTICUT, | : | |
| COURT OPERATIONS DIVISION | : | |
| and SABRINA SANTORO, | : | |
| *Defendants.* | : | August 19, 2004 |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

COMES NOW the Defendants and pursuant to Rule 56 of the Federal Rules of Civil Procedure, hereby moves for summary judgment in their favor because the evidence submitted herewith shows that there is no genuine issue of material facts in dispute and, as a matter of law, the Plaintiff cannot sustain her burden of proof that the Defendants have violated her rights under federal law as set forth in the accompanying memorandum of law.

          DEFENDANTS
          JUDICIAL BRANCH, ET AL.

          RICHARD BLUMENTHAL
          ATTORNEY GENERAL

BY: _____
Nancy A. Brouillet
Assistant Attorney General
Federal Bar No. ct03138
55 Elm Street, P.O. Box 120
Hartford, CT  06141-0120
Tel:  (860) 808-5340
Fax:  (860) 808-5383
Email: Nancy.Brouillet@po.state.ct.us

2

## **CERTIFICATION**

I hereby certify that pursuant to Local Rules 5 and 7 and Rule 56 of the Federal Rules of Civil Procedure, a copy of the foregoing **Defendant's Motion for Summary Judgment** was sent via United States first class mail, postage prepaid, this       day of August, 2004, to:

John R. Williams, Esq.
Williams & Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT   06510

_____
Nancy A. Brouillet
Assistant Attorney General