UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NORMA CHRISTIAN, | : | CIVIL ACTION NO. |
| *Plaintiff* | : | 3:03CV00524(RNC) |
| | : | |
| v. | : | |
| | : | |
| JUDICIAL BRANCH OF THE | : | |
| STATE OF CONNECTICUT, | : | |
| COURT OPERATIONS DIVISION | : | |
| and SABRINA SANTORO, | : | |
| *Defendants.* | : | August 19, 2004 |

**DEFENDANTS' INDEX OF EVIDENCE IN SUPPORT
OF THEIR MOTION FOR SUMMARY JUDGMENT**

Exhibit 1    Plaintiff's Affidavit to CHRO, filed August 29, 2001;

Exhibit 2    Affidavit of Sabrina Santoro, dated July 29, 2004;

            Attachment A – Letter dated January 19, 2001 from Santoro to Christian;
            Attachment B – Doctor's note received on February 26, 2001;
            Attachment C – Letter dated February 28, 2001 from Santoro to Christian;
            Attachment D – Job Description for Court Reporter II;
            Attachment E – Memorandum from Santoro to Christian;

Exhibit 3    Plaintiff's Answers to Defendants' Requests for Admissions, dated May 28, 2004;

Exhibit 4    Excerpts from Deposition of Norma Christian, dated May 25, 2004;

Exhibit 5    Plaintiff's Responses to Defendant's Interrogatories and Requests for Production, dated December 3, 2003;

Exhibit 6    Affidavit of Ann-Laurie Parent, dated July 30, 2004;

            Attachment A – Doctor's note received on February 26, 2001;
            Attachment B – Letter dated February 28, 2001 from Santoro to Christian;
            Attachment C – Job Descriptions for Court Reporter II and Court Monitor;
            Attachment D – Statement of James Blakeslee, Judicial Marshal, dated March 19, 2001;
            Attachment E – Letter dated April 17, 2001 from Maher to Christian;

        Attachment F – Letter dated April 24, 2001 from Nancy Brown to Christian;
        Attachment G – Article XIV, Section 7, Disciplinary Interviews;
        Attachment H – Letter dated May 30, 2001 from Joseph D'Alesio to Christian;
        Attachment I – Employee Performance Appraisal Report, dated October 19, 2001;

Exhibit 7    Affidavit of James Maher, dated July 22, 2004;

        Attachment A – Letter dated April 17, 2001 from Maher to Christian;
        Attachment B – Letter dated May 30, 2001 from Joseph D'Alesio to Christian;

Exhibit 8    Conn. Gen. Stat. § 51-61(c);

Exhibit 9    Plaintiff's Grievance, dated April 2, 2001;

Exhibit 10    Plaintiff's Amended Complaint to CHRO, filed November 25, 2002;

Exhibit 11    CHRO Draft Summary of No Reasonable Cause finding, dated January 22, 2003;

Exhibit 12    Grievance Proceeding, Judicial Branch, dated April 2, 2001;

Exhibit 13    Excerpts from Deposition of Norma Christian, Vol. II, dated August 5, 2004.

DEFENDANTS,
STATE OF CONNECTICUT,
JUDICIAL BRANCH, ET AL.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Nancy A. Brouillet
Assistant Attorney General
Federal Bar No. ct03138
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120
Tel: (860) 808-5340
Fax: (860) 808-5383
E-mail:
Nancy.Brouillet@po.state.ct.us

# **CERTIFICATION**

I hereby certify that a copy of the foregoing Defendants' Index of Evidence in Support of Their Motion for Summary Judgment was mailed, first class postage prepaid, this       day of August, 2004, to:

John R. Williams, Esq.
Williams & Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT  06510
Email:  jrw@johnrwilliams.com

_____
Nancy A. Brouillet
Assistant Attorney General