UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NORMA CHRISTIAN, | : | CIVIL ACTION NO. |
| *Plaintiff* | : | 3:03CV00524(RNC) |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT, | : | |
| JUDICIAL BRANCH, ET AL. | | May 28 |
| *Defendant* | : | ~~April 30~~, 2004 |

PLAINTIFF'S ANSWERS TO **DEFENDANTS' REQUEST FOR ADMISSIONS**

Pursuant to Rule 36 of the Federal Rules of Civil Procedure, the Defendants in the above captioned action hereby request that the Plaintiff, Norma Christian, admit the truth of the following statements or opinions of facts, application of law to facts and the genuineness and due execution of any documents identified herein.

1. Admit that the plaintiff was also a plaintiff in a lawsuit in the Milford Superior Court captioned "Norma Christian v. Progressive Casualty Insurance Company" (hereinafter referred to as "Progressive Insurance lawsuit").

    **RESPONSE:**

    Admitted.

2. Admit that the plaintiff, Norma Christian, claimed lost wages for the year 2001 as an element of her damages in the Progressive Insurance lawsuit.

    **RESPONSE:**

    Admitted.

EXHIBIT NO. 3

13. Admit that the plaintiff did not provide Santoro with a copy of her physician's January 30, 2001 note until February 26, 2001.

**RESPONSE:**

Plaintiff lacks sufficient knowledge or information to respond and has no way of discovering an answer to this question.

14. Admit that as a Court Reporter for the State of Connecticut Judicial Branch the plaintiff was responsible for recording verbatim testimony by operating stenographic equipment.

**RESPONSE:**

Admitted.

15. Admit that the plaintiff was directed to submit stenographic notes on a daily basis only after she was unable to produce several days of stenographic notes.

**RESPONSE:**

Denied.

16. Admit that the plaintiff's inability to produce stenographic notes resulted in at least one mistrial.

**RESPONSE:**

Denied.

17. Admit that on March 1, 2001 the plaintiff first requested that Santoro return to her a key card for parking.

5

## **CERTIFICATION**

I hereby certify that a copy of the foregoing DEFENDANTS' REQUEST FOR ADMISSIONS was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 30th day of April, 2004, first class postage prepaid to:

John R. Williams
Williams and Pattis, LLC
51 Elm Street
New Haven, CT 06510
Email: jrw@johnrwilliams.com

_____
Nancy A. Brouillet
Assistant Attorney General

On May 28, 2004, a copy hereof was mailed to Attorney Nancy A. Brouillet, Assistant Attorney General, P. O. Box 120, Hartford, CT 06141-0120; and faxed to her at 860.808.5385.

_____
JOHN R. WILLIAMS

14