Case 3:03-cv-00524-RNC    Document 42-6    Filed 08/19/2004    Page 1 of 5
Christian v. Judicial Branch of the State of CT
5/25/2004                                                           Norma Christian

```
                                                                  Page 1
 1                   UNITED STATES DISTRICT COURT
                       DISTRICT OF CONNECTICUT
 2

 3
                                              COPY
 4

 5

 6    -----------------------------------X
      NORMA CHRISTIAN,                    :
 7            Plaintiff,                  :   CIVIL ACTION NO.
      V.                                  :   3:03CV00524(RNC)
 8    JUDICIAL BRANCH OF THE STATE        :
      OF CONNECTICUT, COURT OPERATIONS    :
 9    DIVISION, AND SABRINA SANTORO,      :
              Defendants.                 :
10    -----------------------------------X

11

12

13

14

15
            DEPOSITION OF:  NORMA CHRISTIAN,
16    taken before Kelly E. Yarasavych, Court Reporter
      and Notary Public in and for the State of
17    Connecticut, at the Office of the Attorney
      General, 55 Elm Street, Hartford, Connecticut,
18    on May 25, 2004.

19

20

21

22
                  Reporter:  KELLY E. YARASAVYCH
23          License Registration Number:  00058
                BRANDON SMITH REPORTING SERVICE
24                     44 Capitol Avenue
                  Hartford, Connecticut 06106
25                      (860) 549-1850
```

EXHIBIT NO. 4

Case 3:03-cv-00524-RNC   Document 42-6   Filed 08/19/2004   Page 2 of 5
Christian v. Judicial Branch of the State of CT
5/25/2004                                                    Norma Christian

Page 5

1          (The deposition commenced at 2:10 p.m.)

2          (Exhibit 1, Re-notice of Deposition, marked

3          for identification.)

4          NORMA CHRISTIAN, Deponent, having

5     been duly sworn by the Court Reporter, deposes

6     and states as follows:

7                    DIRECT EXAMINATION

8    BY MS. BROUILLET:

9          Q    Good afternoon, Ms. Christian.  My name is

10   Nancy Brouillet.  I'm an attorney from the Attorney

11   General's Office representing the defendants in this

12   matter.

13              This is a deposition, and I know that you are a

14   court reporter, but I'm going to go through the ground

15   rules with you anyway.

16              Your testimony is being taken under oath under

17   the penalties of perjury.  We need you to answer out loud,

18   rather than nodding your head or pointing, because the

19   reporter takes down everything we say.

20              Please don't answer the question until I finish

21   asking it, to make sure that you understand the question

22   asked, and that the reporter is able to completely get your

23   answer.

24              If you don't understand a question I ask,

25   please tell me, and I'll try to rephrase it, because if you

Page 61

```
 1   years.
 2         Q    Okay.  Let's go back ten years.  Who was your
 3   supervisor ten years ago?
 4         A    Sabrina.
 5         Q    Sabrina Santoro?
 6         A    Yes.
 7         Q    Okay.  When did Sabrina Santoro start becoming
 8   your supervisor?
 9         A    After Bob Lyman retired.
10         Q    So was that 17 years ago, then?
11         A    The only reason I'm saying 17 years is because
12   my son died 17 years ago, and she was my supervisor then.
13   I don't know the year.
14         Q    So she at least was your supervisor back to,
15   was it, 1987?
16         A    Yes.
17         Q    Okay.  And how long was Sabrina Santoro your
18   supervisor, ma'am?
19         A    I don't know when she started being my
20   supervisor.
21         Q    Okay.
22         A    But she was my supervisor up until the time I
23   left, I retired.
24         Q    So from at least 1987 through April of 2003,
25   ma'am?
```

Page 92

```
 1    A    No.  I used myself, with a walker.  No.  Not a
 2  walker.  Sorry.  A cane.
 3    Q    So when you returned to work in February of
 4  2001, you were using a cane?
 5    A    Not all day.  But when the need would arise, I
 6  would.
 7    Q    Okay.  Any other assistive equipment, other
 8  than the crutches and the cane, ma'am?
 9    A    When I returned to work, you're saying.
10    Q    At any time after February 27th, 2000.
11    A    By "assistive equipment," is that just for
12  walking, or for healing also?
13    Q    Why don't you tell me what assistive equipment
14  you have used.
15    A    The doctor said my bone wasn't healing, so he
16  gave me -- I had to wear a machine.  It was on my hip, that
17  he said would help to heal the bone.
18    Q    Did you have to wear that when you returned to
19  work in February of 2001?
20    A    At night I would, not during the day.  But you
21  know, before I went to work, I wore it 24/7.  But after, I
22  would wear it at night.
23    Q    Any other assistive equipment, ma'am?
24    A    No.  No.
25    Q    And when did you stop having to use the cane on
```

Case 3:03-cv-00524-RNC   Document 42-6   Filed 08/19/2004   Page 5 of 5
Christian v. Judicial Branch of the State of CT
5/25/2004                                                    Norma Christian

Page 93

```
 1   a daily basis?
 2        A    As time went on, I went to the doctor once, and
 3   he told me that I would never walk again.  I was on the
 4   crutches then, and he said, this is the way it's going to
 5   be, and I went home and I threw the cane down and I just
 6   started practicing and trying to walk.
 7             And it took me like two months, and you know,
 8   eventually, I was able to walk without the crutches.  And
 9   when I went back to the doctor, he was very surprised
10   seeing me walking, and that's when I would use the cane.
11        Q    And that was before February 2001, ma'am, when
12   you returned to work?
13        A    Yeah.  What I said about the crutches, not
14   being able to walk again, was before February.  But after
15   February, you know, my leg was still weak, so my body would
16   tell me when I needed to use the cane.
17        Q    Was it your right or left hip that you broke,
18   ma'am?
19        A    My left.
20             (A man entered the room.)
21             (A break was taken from 4:01 p.m. until
22             4:15 p.m.)
23             (The deposition suspended at 4:15 p.m.)
24
25
```