JOHN D. MCCALLUM, M.D.
Orthopaedic Surgery

450 Boston Post Rd.
Guilford, CT 06437
(203) 453-6340

2408 Whitney Ave.
Hamden, CT 06518
(203) 407-3500

230 George St.
New Haven, CT 06510
(203) 789-2211

266 Broad St.
Milford, CT 06460
(203) 882-3373

215 Boston Post Rd.
Orange, CT 06477
(203) 891-1022

NAME: Norma Christian
ADDRESS:
DATE: 1/30/01    AGE:

Norma Christian is under the care of Dr. McCallum for a left hip fracture. Estimated date of work return will be 2/23/01. At that time she will probably have a lifting restriction and she will need to be able to get up and move around during short intervals.

Rec'd
copy 2/30/01

Office of the Court Reporter
Superior Court
235 Church Street
New Haven, CT 06510
203-503-6822
February 28, 2001

Norma:

Whatever court you end up going into on any given day, just be sure and alert the judge when you need a recess.

Sometimes, as you know, they get involved in what they're doing and go past the usual recess time.

Just so you don't start getting uncomfortable, make sure you let them be aware whenever you need a recess.

If you need any assistance with anything or are having any work-related problems, please don't hesitate to come and see me and let me know so that we can try to rectify the situation; I can't help you with something that I'm unaware of, so it's important that you let me know of any problems.

Sabrina

*Reissued 3/27/01*

Parent Affidavit "B"

P-2/82
EEO: 6
BU: 43

DIVISON:              Superior Court

CLASS TITLE:          Court Reporter II

CLASS DEFINITION:     Under the supervision of an Official Court Reporter records and transcribes verbatim testimony in formal and informal legal proceedings.

EXAMPLE OF DUTIES:    Records verbatim testimony by operating stenographic equipment; operates a stenographic machine and records court hearings; transcribes court proceedings upon request; types memoranda, letters, vouchers and other correspondence for judges of the superior court; reads notes as to recommendations, dispositions and other court actions and outcomes for judge and other related court agencies and officers; deals with attorneys and other members of the public seeking transcripts and information; performs secretarial duties, as assigned; performs other related duties as required.

MINIMUM QUALIFICATIONS: Certification of the Board of Examiners of the State of Connecticut as a Court Reporter II.

Parent Affidavit Attachment "C"

<u>COURT RECORDING MONITOR</u>

<u>UNCLASSIFIED</u>　　　　　　　　　　　　　　　S.G.  JZ12
<u>CLASS CODE:</u>      9909　　　　　　　　B.U.  43
<u>EEO CATEGORY:</u>    6　　　　　　　　　　O.G.  05
　　　　　　　　　　　　　　　　　　　　　　Effective Date
　　　　　　　　　　　　　　　　　　　　　　　　2/18/93

<u>DIVISION:</u>  Superior Court

<u>CLASS DEFINITION:</u>  Under the supervision of the Official Court Reporter of the Judicial District, is responsible for recording verbal testimony during courtroom proceedings using electronic recording equipment.

<u>EXAMPLES OF DUTIES:</u>  Records verbal testimony during court proceedings; sets up and tests equipment; monitors the recordings using earphones; maintains proper notes of proceedings, including names of participants, case/docket number, tape and log numbers; clearly marks notes for recall testimony; prepares transcripts and appeal papers; assembles and maintains records and files; performs clerical duties, as assigned; performs other related duties as required.

<u>MINIMUM QUALIFICATIONS REQUIRED:</u>  Two (2) years of clerical experience and the ability to produce typewritten material at a rate of 50 wpm.

March 19, 2001

    I'm writing this letter at the request of my immediate supervisor Judicial Marshal Eric Cardella, about an incident that occurred on Friday, March 16, 2001 at approximately 3:00 p.m. in the elevator of New Haven Superior Court, 235 Church St., New Haven, CT between two women from the Reporter's Office that I, James Blakeslee, was a witness to. I was assigned to courtroom 4E at approximately 3:00 p.m. Court was adjourned for the day so I was going to go to other courtrooms to see if I was needed. I waited for the elevator. When the doors opened I witnessed two women arguing and I proceeded to get on the elevator. To the best of my recollection they were arguing about where one of these women were for the past two hours. One of the women, I believe her name was Norma, was saying "Why are you checking on me? Is it because I'm a black woman and the other woman, I think her name is Sabrina, said it's because I'm your supervisor and you've been gone for two hours when the elevator stopped on the seventh floor. Sabrina motioned to me to get off the elevator which I did. They continued to argue with Sabrina saying do you have any transcripts to work on and Norma said I'm not going to answer that and again saying why are you doing this to me. Is it because I'm a black woman? Sabrina then said have you received any orders for transcripts since you returned to work? Norma then said if your doing this because I'm a black woman I'm going to call Hartford. Sabrina then stated that she was Italian and that it had nothing to do with it. Sabrina asked her to sign out and leave. Norma would not and proceeded to her office where they argued a little more outside her door and then Norma went into her office and Sabrina went to hers. During all of this Sabrina asked me several times if I were getting all of this down. This is what I remember to the best of my recollection.

*James M. Blakeslee*
James M. Blakeslee,
Judicial Marshal

MAR 23 2000

Parent Affidavit Attachment "D"

JUDICIAL BRANCH
COURT OPERATIONS DIVISION
225 Spring Street
Wethersfield, CT 06109
Fax:(860) 563-8134

Director          (860) 563-9435

April 17, 2001

Ms. Norma Christian, CSR
Juvenile Matters Court
239 Whalley Avenue
New Haven CT 06511

Dear Ms. Christian:

    On March 26, 2001 a pre-disciplinary hearing was conducted to determine whether sufficient justification exists to impose discipline upon you for, among other things, failure to follow a direct order from your supervisor and failure to perform your assigned duties. These allegations were the result of a confrontation you had with your supervisor on the afternoon of March 16th, 2001 in the New Haven JD Courthouse. Based on my review of the events that occurred on March 16th, and taking into account your statements offered at the disciplinary hearing, you are hereby given a written reprimand regarding your behavior on that afternoon.

    Managers have a clear obligation to ensure that assigned employees are performing their duties in a prescribed, competent fashion, and, moreover, that employees are at their appropriate duty station, unless previously excused. As part of that obligation, supervisors have the right to ask staff what work they currently are performing, and to make inquiries regarding the location of employees during the work day. Your heated refusal to answer the question "do you have any work to do?" and your refusal to explain where you were during part of the work day are in direct conflict with this supervisory obligation and are antithetical to a productive work environment.

    I anticipate that this written reprimand will preclude a repeat occurrence of your failure to respond to legitimate inquiries from your supervisor. In the event that there is a reoccurrence, you may be subject to more serious discipline.

Very truly yours,

James R. Maher
Director, Court Operations

C:    Robert Bosco
       Nicholas Cimmino

Parent Affidavit Attachment "E"

Sabrina Santoro
Nancy Brown

letters/disc-christian



| | |
|---|---|
| | JUDICIAL BRANCH |
| | COURT OPERATIONS DIVISION |
| | 75 Elm Street |
| | Hartford, CT 06106-1692 |
| ADMINISTRATION | Fax: (860) 722-1613 |

| | | | |
|---|---|---|---|
| Director | (860) 722-1612 | Interpreting Services | (860) 722-5880 |
| Administrative Services | (860) 722-5889 | Personnel Services | (860) 722-1697 |
| Facilities/Maintenance Services | (860) 722-1653 | Seized Property | (860) 722-5843 |
| Financial Operations Services | (860) 722-1628 | Strategic Management | (860) 568-7012 |
| Computer Systems Support | (860) 722-1688 | Transcript Services | (860) 722-1623 |

# MEMO

**To:** Norma Christian, Court Reporter

**From:** Nancy Brown, Supervisor of Transcript Services

**Date:** April 24, 2001

**RE:** Formal Counseling Session

On Tuesday, April 24, 2001, we met and discussed your duties and responsibilities as a court reporter with the Judicial Branch. You were reminded of the following:

- To be available for court, to attend court when scheduled, and to do so in a timely fashion.
- When an appeal transcript has been ordered, it is required that 20 pages of transcript be completed on each workday regardless of court assignments, and that all transcripts will be completed on time.
- Steno notes are to be filed as instructed by your official court reporter.
- It is necessary and required to communicate with the official court reporter, persons ordering transcripts and any other job-related communications with other persons.

Failure to perform the duties of your position may result in discipline.

cc: Nicholas Cimmino, TCA
James Maher, Director of Court Operations
Sabrina Santoro, Official Court Reporter
Maria Kewer, Personnel Officer

Parent Affidavit Attachment "F"

*"Valuing Our Customers, Employees and Community"*