GRIEVANCE PROCEEDINGS
JUDICIAL BRANCH
JD-ES-28   Rev. 11-91

INSTRUCTIONS
1. Prepare an original and 3 copies and distribute as follows:
   ORIGINAL to designated recipient for grievance step 1.
   COPY 1 to your union representative
   COPY 2 to your department head
   COPY 3 to the Manager of Labor Relations of the Judicial Branch

**NAME OF GRIEVANT:** Norma Christian
**NAME AND LOCATION OF COURT OR OFFICE:** Superior Court 235 Church St New Haven
**TITLE OF GRIEVANT:** Court Reporter
**BARGAINING UNIT:** AFSCME - Local 749
**DIVISION OR UNIT:** Court Operations
**SHIFT:** 1st
**DATE OF ALLEGED VIOLATION:** 4/2/01
**SPECIFIC CONTRACT PROVISION VIOLATED:** Article XXX

**STATE FACTS AND ISSUES INVOLVED:** Transferred to 239 Whalley Ave from 235 Church St New Haven

**STATE SPECIFIC REMEDY OR RELIEF SOUGHT:** To return her duty station to 235 Church St New Haven.

I hereby declare that all statements made herein are true and accurate to the best of my knowledge and I desire representation as follows:

☐ I WILL REPRESENT MYSELF.
☒ MY REPRESENTATIVE WILL BE:

**NAME AND TITLE OF REPRESENTATIVE:** Frank Cresso, Chief Steward

**SIGNED (Grievant):** X Norma Christian   **DATE SIGNED:** 4/2/01
**SIGNED (Representative):** [signature]   **DATE SIGNED:** 4/2/01

ANSWER TO ABOVE GRIEVANCE (Attach additional sheets if necessary)

| DATE RECEIVED | DATE OF MEETING | DATE OF RESPONSE | SIGNED (First Supervisor outside bargaining unit) |
|---|---|---|---|
| | | | |

☐ I ACKNOWLEDGE SETTLEMENT OF MY GRIEVANCE.
☐ I APPEAL THE DECISION AND REQUEST REVIEW AND RESPONSE BY MY DEPARTMENT HEAD.

| SIGNED (Grievant) | DATE SIGNED | SIGNED (Union representative) | DATE SIGNED |
|---|---|---|---|

ANSWER TO ABOVE GRIEVANCE (Attach additional sheets if necessary)

| DATE RECEIVED | DATE OF MEETING | DATE OF RESPONSE | SIGNED (Dept. head or designee) |
|---|---|---|---|

☐ I ACKNOWLEDGE SETTLEMENT OF MY GRIEVANCE.
☐ I APPEAL THE DECISION AND REQUEST REVIEW AND RESPONSE BY THE CHIEF COURT ADMINISTRATOR OR DESIGNEE.

| SIGNED (Grievant) | DATE SIGNED | SIGNED (Union representative) | DATE SIGNED |
|---|---|---|---|

ANSWER TO ABOVE GRIEVANCE (Attach additional sheets if necessary)

EXHIBIT NO. 12
Christian v. Judicial
3:03CV0524 (RNC)

GRIEVANCE PROCEEDINGS
JUDICIAL BRANCH
D-ES-28   Rev. 11-91

INSTRUCTIONS
1. Prepare an original and 3 copies and distribute as follows:
   ORIGINAL to designated recipient for grievance step 1.
   COPY 1 to your union representative
   COPY 2 to your department head
   COPY 3 to the Manager of Labor Relations of the Judicial Branch

| Field | Entry |
|---|---|
| NAME OF GRIEVANT | Norma Christian |
| NAME AND LOCATION OF COURT OR OFFICE | Juvenile Court 239 Whalley Ave New Haven |
| TITLE OF GRIEVANT | Court Reporter |
| BARGAINING UNIT | AFSCME - Local 749 |
| DIVISION OR UNIT | Court Operations |
| SHIFT (Circle one) | 1st (circled)  2nd  3rd |
| DATE OF ALLEGED VIOLATION | Ongoing |
| SPECIFIC CONTRACT PROVISION VIOLATED | Article XXX, Article X and All Related Articles |

**GRIEVANCE**

STATE FACTS AND ISSUES INVOLVED:
Pattern of unfair treatment

STATE SPECIFIC REMEDY OR RELIEF SOUGHT:
Cease and desist

I hereby declare that all statements made herein are true and accurate to the best of my knowledge and I desire representation as follows:

☐ I WILL REPRESENT MYSELF.
☒ MY REPRESENTATIVE WILL BE:

NAME AND TITLE OF REPRESENTATIVE: Frank Grasso, Chief Steward

SIGNED (Grievant): X Norma Christian (FR)   DATE SIGNED: 4/10/01
SIGNED (Representative): [signature]   DATE SIGNED: 4/10/01

**ANSWER I**
ANSWER TO ABOVE GRIEVANCE:
DATE RECEIVED: _   DATE OF MEETING: _   DATE OF RESPONSE: _   SIGNED (First Supervisor outside bargaining unit): _

☐ I ACKNOWLEDGE SETTLEMENT OF MY GRIEVANCE.
☐ I APPEAL THE DECISION AND REQUEST REVIEW AND RESPONSE BY MY DEPARTMENT HEAD.

SIGNED (Grievant): X   DATE SIGNED: _   SIGNED (Union representative): _   DATE SIGNED: _

**ANSWER II**
ANSWER TO ABOVE GRIEVANCE:
DATE RECEIVED: _   DATE OF MEETING: _   DATE OF RESPONSE: _   SIGNED (Dept. head or designee): _

☐ I ACKNOWLEDGE SETTLEMENT OF MY GRIEVANCE.
☐ I APPEAL THE DECISION AND REQUEST REVIEW AND RESPONSE BY THE CHIEF COURT ADMINISTRATOR OR DESIGNEE.

SIGNED (Grievant): X   DATE SIGNED: _   SIGNED (Union representative): _   DATE SIGNED: _

**ANSWER III**
ANSWER TO ABOVE GRIEVANCE:
DATE RECEIVED: _   DATE OF MEETING: _   DATE OF RESPONSE: _   SIGNED (Chief Court Administrator or designee): _

**GRIEVANCE PROCEEDINGS**
**JUDICIAL BRANCH**
JD-ES-28   Rev. 11-91

**INSTRUCTIONS**
1. Prepare an original and 3 copies and distribute as follows:
   ORIGINAL to designated recipient for grievance step 1.
   COPY 1 to your union representative
   COPY 2 to your department head
   COPY 3 to the Manager of Labor Relations of the Judicial Branch

| NAME OF GRIEVANT | NAME AND LOCATION OF COURT OR OFFICE | | | |
|---|---|---|---|---|
| Norma Christian | 239 Whalley Avenue, New Haven, C | | | |
| **TITLE OF GRIEVANT** | **BARGAINING UNIT** | **DIVISION OR UNIT** | **SHIFT** (Circle one) | |
| Court Reporter | AFSCME | 749 | (1st)  2nd  3rd | |
| **DATE OF ALLEGED VIOLATION** | **SPECIFIC CONTRACT PROVISION VIOLATED** (Give article and section number) | | | |
| 5-30-01 | Article XV, Section 1(a) and all other related articles | | | |

**GRIEVANCE**

STATE FACTS AND ISSUES INVOLVED (Attach additional sheets if necessary)

Grievant suspended for 30 days w/o pay 6-4-01 through 7-13-01

STATE SPECIFIC REMEDY OR RELIEF SOUGHT (Attach additional sheets if necessary)

cease and desist
make whole for any and all losses

I hereby declare that all statements made herein are true and accurate to the best of my knowledge and I desire representation as follows:

☐ I WILL REPRESENT MYSELF.
☒ MY REPRESENTATIVE WILL BE:

NAME AND TITLE OF REPRESENTATIVE: Cynthia M. Egan, President

| SIGNED (Grievant) | DATE SIGNED | SIGNED (Representative) | DATE SIGNED |
|---|---|---|---|
| X Norma Christian | 6-7-01 | Cynthia M. Egan | 6-7-01 |

**ANSWER I**

ANSWER TO ABOVE GRIEVANCE (Attach additional sheets if necessary)

| DATE RECEIVED | DATE OF MEETING | DATE OF RESPONSE | SIGNED (First Supervisor outside bargaining unit) |
|---|---|---|---|
|  |  |  |  |

☐ I ACKNOWLEDGE SETTLEMENT OF MY GRIEVANCE.
☐ I APPEAL THE DECISION AND REQUEST REVIEW AND RESPONSE BY MY DEPARTMENT HEAD.

| SIGNED (Grievant) | DATE SIGNED | SIGNED (Union representative) | DATE SIGNED |
|---|---|---|---|
| X |  |  |  |

**ANSWER II**

ANSWER TO ABOVE GRIEVANCE (Attach additional sheets if necessary)

| DATE RECEIVED | DATE OF MEETING | DATE OF RESPONSE | SIGNED (Dept. head or designee) |
|---|---|---|---|
|  |  |  |  |

☐ I ACKNOWLEDGE SETTLEMENT OF MY GRIEVANCE.
☐ I APPEAL THE DECISION AND REQUEST REVIEW AND RESPONSE BY THE CHIEF COURT ADMINISTRATOR OR DESIGNEE.

| SIGNED (Grievant) | DATE SIGNED | SIGNED (Union representative) | DATE SIGNED |
|---|---|---|---|
| X |  |  |  |

**ANSWER III**

ANSWER TO ABOVE GRIEVANCE (Attach additional sheets if necessary)

| DATE RECEIVED | DATE OF MEETING | DATE OF RESPONSE | SIGNED (Chief Court Administrator or designee) |
|---|---|---|---|
|  |  |  |  |

# GRIEVANCE PROCEEDINGS
## JUDICIAL BRANCH
JD-ES-28  Rev. 11-91

**INSTRUCTIONS**
1. Prepare an original and 3 copies and distribute as follows:
   ORIGINAL to designated recipient for grievance step 1.
   COPY 1 to your union representative
   COPY 2 to your department head
   COPY 3 to the Manager of Labor Relations of the Judicial Branch

**NAME OF GRIEVANT:** Norma Christian

**NAME AND LOCATION OF COURT OR OFFICE:** Juv. Court Whalley Ave New Haven, CT

**TITLE OF GRIEVANT:** Court Reporter

**BARGAINING UNIT:** AFSCME - Local 749

**DIVISION OR UNIT:** Court Op's

**SHIFT (Circle one):** (1st) 2nd 3rd

**DATE OF ALLEGED VIOLATION:** Ongoing

**SPECIFIC CONTRACT PROVISION VIOLATED:** Article XXXX + all related Articles

**STATE FACTS AND ISSUES INVOLVED:** Working Conditions are cramped and have no space to work. And unfair treatment

**STATE SPECIFIC REMEDY OR RELIEF SOUGHT:** [blank]

I hereby declare that all statements made herein are true and accurate to the best of my knowledge and I desire representation as follows:

[ ] I WILL REPRESENT MYSELF.
[X] MY REPRESENTATIVE WILL BE:

**NAME AND TITLE OF REPRESENTATIVE:** Frank Gross, Chief Steward

**SIGNED (Grievant):** X Norma Christian
**DATE SIGNED:** [blank]
**SIGNED (Representative):** [signature]
**DATE SIGNED:** 8/14/01

### ANSWER I
DATE RECEIVED | DATE OF MEETING | DATE OF RESPONSE | SIGNED (First Supervisor outside bargaining unit)

[ ] I ACKNOWLEDGE SETTLEMENT OF MY GRIEVANCE.
[ ] I APPEAL THE DECISION AND REQUEST REVIEW AND RESPONSE BY MY DEPARTMENT HEAD.

SIGNED (Grievant) X | DATE SIGNED | SIGNED (Union representative) | DATE SIGNED

### ANSWER II
DATE RECEIVED | DATE OF MEETING | DATE OF RESPONSE | SIGNED (Dept. head or designee)

[ ] I ACKNOWLEDGE SETTLEMENT OF MY GRIEVANCE.
[ ] I APPEAL THE DECISION AND REQUEST REVIEW AND RESPONSE BY THE CHIEF COURT ADMINISTRATOR OR DESIGNEE.

SIGNED (Grievant) X | DATE SIGNED | SIGNED (Union representative) | DATE SIGNED

### ANSWER III
DATE RECEIVED | DATE OF MEETING | DATE OF RESPONSE | SIGNED (Chief Court Administrator or designee)