Case 3:03-cv-00524-RNC   Document 42-15   Filed 08/19/2004   Page 1 of 11
Christian vs. Judicial Branch of the State of CT
8/5/2004                                                         Norma Christian

```
                                                                   Page 98
 1                    UNITED STATES DISTRICT COURT
                         DISTRICT OF CONNECTICUT
 2

 3

 4

 5

 6     ---------------------------------X
       NORMA CHRISTIAN,                 :
 7              Plaintiff,              :  CIVIL ACTION NO.
       V.                               :  3:03CV00524(RNC)
 8     JUDICIAL BRANCH OF THE STATE     :
       OF CONNECTICUT, COURT OPERATIONS :  VOLUME II
 9     DIVISION, AND SABRINA SANTORO,   :
                Defendants.             :
10     ---------------------------------X

11

12
                              COPY
13

14

15
            DEPOSITION OF:  NORMA CHRISTIAN,
16     taken before Kelly E. Yarasavych, Court Reporter
       and Notary Public in and for the State of
17     Connecticut, at the Office of the Attorney
       General, 55 Elm Street, Hartford, Connecticut,
18     on August 5, 2004.

19

20

21

22
                     Reporter:  KELLY E. YARASAVYCH
23              License Registration Number:  00058
                   BRANDON SMITH REPORTING SERVICE
24                       44 Capitol Avenue
                     Hartford, Connecticut 06106
25                       (860) 549-1850
```

EXHIBIT NO. 13

Case 3:03-cv-00524-RNC    Document 42-15    Filed 08/19/2004    Page 2 of 11
Christian vs. Judicial Branch of the State of CT
8/5/2004                                                          Norma Christian

Page 102

```
1              (The deposition commenced at 10:05 a.m.)
2        NORMA CHRISTIAN, Deponent, having
3    been duly sworn by the Court Reporter, deposes
4    and states as follows:
5              THE COURT REPORTER: The same stipulations as
6    the first deposition?
7              MS. BROUILLET: Yes. Is she going to read and
8    sign?
9              MR. MAHONEY: Yes, please.
10                    FURTHER DIRECT EXAMINATION
11   BY MS. BROUILLET:
12        Q    Good morning, Ms. Christian.
13        A    Good morning.
14        Q    As you may recall my name is Nancy Brouillet and
15   I represent the Judicial Department and Sabrina Santoro in
16   this federal lawsuit.
17             Once again, I'm going to remind you of the
18   ground rules of the deposition, that the reporter takes down
19   oral responses. She can't take down a shake of the head or
20   pointing, so it is important that you answer out loud.
21             In addition, please wait for me to finish the
22   question before you respond, to ensure that the reporter
23   takes down the information accurately.
24             Are you on any medication today, ma'am?
25        A    No.
```

Case 3:03-cv-00524-RNC    Document 42-15    Filed 08/19/2004    Page 3 of 11

Christian vs. Judicial Branch of the State of CT

8/5/2004                                                                 Norma Christian

Page 138

1  Q  Did you provide any advanced notice to your
2  employer prior to going out of work in February of 2000?
3  A  I had no plans to be out of work, so I could not
4  provide her a notice.
5  Q  So you did not provide notice?  It's a yes or no
6  question, ma'am.
7  A  So unkind.  I was in a car accident.
8  Q  Ma'am, I'm going --
9  A  I had no access to a phone.
10     MS. BROUILLET:  Attorney Mahoney, I'm going to
11 ask you to instruct your client to answer the questions
12 asked.
13     THE WITNESS:  This is crazy.
14     MR. MAHONEY:  Off the record.
15     (Discussion off the record.)
16     (A break was taken from 10:47 a.m. until
17     10:48 a.m.)
18  Q  (By Ms. Brouillet)  Ms. Christian, have you had
19 an opportunity to confer with your attorney?
20  A  Yes, ma'am.
21  Q  Now, Ms. Christian, I'm going to ask you again,
22 prior to going out of work in February of 2000, did you
23 provide any advanced notice to your employer?
24  A  No.
25  Q  And Ms. Christian, did you advertise an open

Case 3:03-cv-00524-RNC   Document 42-15   Filed 08/19/2004   Page 4 of 11

Christian vs. Judicial Branch of the State of CT

8/5/2004                                                                   Norma Christian

Page 142

```
1         Q    Ma'am, at the time you were employed at
2    Judicial, were you aware of any white court reporters who
3    were absent without prior notice to their employer?
4         A    No.
5         Q    And ma'am, while you were employed at Judicial,
6    were you aware of any white court reporters who were out of
7    work for more than a year?
8         A    I didn't take a calendar and check anything.  I
9    don't know.
10        Q    Are you aware of any white court reporters that
11   were out for nearly one year while you were employed at
12   Judicial?
13        A    I never checked those things, so I don't know.
14        Q    Well, ma'am, in paragraph 18 of your complaint,
15   you have alleged that there were white court reporters who
16   were treated differently than you when they returned from
17   the extended leave of absences which you claim.
18             So I'm asking you, what white court reporters
19   are you referring to in paragraph 18 of your complaint,
20   ma'am?
21        A    There were several reporters there who were out
22   on maternity leave, one had a heart attack.
23        Q    But other than maternity leave, where they would
24   provide advanced notice to their employer, and the heart
25   attack that you're referring to, are you specifically aware
```

Case 3:03-cv-00524-RNC    Document 42-15    Filed 08/19/2004    Page 5 of 11

Christian vs. Judicial Branch of the State of CT

8/5/2004                                                      Norma Christian

Page 143

1  of any white court reporters who were out for nearly a year
2  or a year without advanced notice to their employer?
3      A    I don't know if the person with the heart attack
4  had provided advanced notice.
5      Q    Who was that person?
6      A    Andy Polemeni.
7      Q    Andy who?
8      A    I guess it's Polemeno or Polemeni, something
9  like that.
10     Q    Was Andy Polemeni out for more than a year,
11 ma'am?
12     A    I didn't count it.  I know it's several months.
13 I don't know.  It's not my business.
14     Q    So you don't know of any white court reporters
15 that were out for a year?
16     A    No.  I didn't count --
17     Q    Okay.
18     A    -- the months.
19     Q    In paragraph 20 of your complaint, you alleged
20 that you occasionally used court monitor recording equipment
21 to back up your stenographic notes.  What do you mean by the
22 term "occasionally"?
23     A    What do I mean by the term "occasionally"?  I
24 was out of work for a year, and when I returned, I used it
25 in the family court a few times.

Case 3:03-cv-00524-RNC   Document 42-15   Filed 08/19/2004   Page 6 of 11

Christian vs. Judicial Branch of the State of CT

8/5/2004                                                Norma Christian

Page 150

```
1      A    I went down last Saturday and I came back for
2   your deposition today.
3      Q    And do you have any plans to return to Florida?
4      A    Oh, sure.
5      Q    And when are your plans to return?
6      A    Whenever I feel like going down there.
7      Q    How do you go back and forth to Florida, ma'am?
8      A    How do I go back and forth?
9      Q    Yes.
10     A    On a plane.
11     Q    And since you left the Judicial Department,
12  ma'am, have you been treated by any psychiatrist or
13  psychologist?
14     A    No.
15     Q    Any counselors?
16     A    Counselors?  Since what date now?
17     Q    Since you left the Judicial Branch, ma'am.
18     A    No.
19     Q    I'm sorry?  No?
20     A    No.
21     Q    Okay.  And when did Ms. Santoro become your
22  supervisor?
23     A    I don't know.  Whenever she got the job as
24  supervisor.
25     Q    How long was she your supervisor?
```

Christian vs. Judicial Branch of the State of CT

8/5/2004                                                                 Norma Christian

Page 151

```
 1      A     Until I left.
 2      Q     How many years was that, ma'am?
 3      A     I left in 2001.
 4      Q     When did you start with Judicial?
 5      A     I think it's -- I think it's January '77.
 6      Q     And where were you first assigned?
 7      A     Bridgeport.
 8      Q     And when did you move to the New Haven Judicial
 9   District?
10      A     I think I went to Meriden in '78, '77.  '77
11   through '78.
12      Q     And when did you go to the New Haven Superior
13   Court?
14      A     I think it's October '78.  I think.
15      Q     And when you went there, was Sabrina Santoro
16   your supervisor?
17      A     No.  She was a court reporter.
18      Q     Was she a coworker of yours?
19      A     Yes.
20      Q     And you don't recall how many years later she
21   became your supervisor?
22      A     I have no reason to recall that.
23      Q     Was she your supervisor for more than ten years
24   before you left the Judicial Branch?
25      A     Yes.  I think so.
```

Christian vs. Judicial Branch of the State of CT

8/5/2004                                                          Norma Christian

Page 152

```
1       Q    More than 15 years?
2       A    Well, she was my supervisor when my son died,
3    and he died in '87, so...
4       Q    Were you a member of a union while employed at
5    Judicial?
6       A    Yes.
7       Q    And what union was that?
8       A    I really don't know.
9       Q    All right.  Was your employment, then, covered
10   by the terms of a collective bargaining agreement?
11      A    I don't know anything about that stuff.
12      Q    Okay.  Do you know when you received an Equal
13   Employment Opportunity Commission right to sue letter?
14      A    No.
15      Q    Do you have a copy of the letter?
16      A    No.
17      Q    Okay.
18      A    Not with me.
19      Q    Do you own a copy of the letter?
20      A    I don't know.
21      Q    Do you know if you received such a letter?
22      A    I don't know.
23      Q    Okay.  As a court reporter for the State of
24   Connecticut Judicial Branch were you responsible for
25   recording verbatim testimony by operating stenographic
```

Case 3:03-cv-00524-RNC   Document 42-15   Filed 08/19/2004   Page 9 of 11

Christian vs. Judicial Branch of the State of CT

8/5/2004                                                      Norma Christian

**Page 153**

1    equipment?

2    A    Yes.

3    Q    Did there come a time when you were unable to
4    produce several days of stenographic notes?

5    A    Yes.

6    Q    And when was that?

7    A    After my return to work from my car accident.

8    Q    Do you know what month and year?

9    A    I guess it's -- I think it's 2001, but I don't
10   know what month it was.

11   Q    How many days of stenographic notes were you
12   unable to produce?

13   A    Whatever number of days' notes that she removed
14   from my office.

15   Q    That's not the question, ma'am.

16   A    I don't know.

17   Q    How many days?

18   A    I don't know.  She took the notes.

19   Q    Did your inability to produce stenographic notes
20   lead to at least one mistrial?

21   A    I was told that.

22   Q    And who told you that?

23   A    The paperers that I got from Judicial, and that
24   I was suspended for.

25   Q    No one told you that orally, though?  You got a

Case 3:03-cv-00524-RNC   Document 42-15   Filed 08/19/2004   Page 10 of 11
Christian vs. Judicial Branch of the State of CT
8/5/2004                                                          Norma Christian

Page 161

```
 1        Q    Do you know how long they were out?
 2        A    Vicki went out on maternity leave.  I've seen
 3   Jean out on maternity leave.
 4        Q    And how long were these people out of work,
 5   ma'am?
 6        A    I didn't count.  I had no reason to check how
 7   long.  Several months.  Several months.
 8        Q    Okay.
 9        A    They were on maternity leave for several months.
10        Q    And what do you mean by the term "several,"
11   ma'am?
12        A    More than two.  Three is several.  Three and
13   over to me is several.
14        Q    Prior to 2002, did you complain in writing about
15   discriminatory and abusive events alleged to have occurred
16   while employed as a court reporter?
17        A    I don't remember complaining about anything.
18        Q    All right.  In 2001, did you use court
19   monitoring recorders, machines when employed as a court
20   reporter by the Judicial Branch?
21        A    Yes.
22        Q    In 2001, did you use court monitoring, recording
23   machines on more than three occasions when employed by the
24   Judicial Branch?
25        A    I don't remember how many occasions.
```

Case 3:03-cv-00524-RNC    Document 42-15    Filed 08/19/2004    Page 11 of 11
Christian vs. Judicial Branch of the State of CT
8/5/2004                                                              Norma Christian

Page 174

```
1       Q    Was your stuff put in the boxes while you
2  weren't there, ma'am?
3       A    I guess so.  When I returned, they were in boxes
4  thrown all over the ground.
5       Q    Do you know who personally put those things in
6  the boxes, ma'am?
7       A    I was told she did.
8       Q    And who told you that, ma'am?
9            (A cell phone rang.)
10           THE WITNESS:  Sorry.
11      Q    (By Ms. Brouillet)  Who told you that Sabrina
12 Santoro put your stuff in the boxes, ma'am?
13      A    Jean Kindley told me.
14      Q    Did you personally see Sabrina Santoro touch any
15 of your things?
16      A    You just asked me if I was told, and I said yes.
17      Q    I'm now asking if you saw, ma'am.  That's a
18 different question.
19      A    I didn't see it.  I wasn't there.
20      Q    So you don't know personally who put your things
21 in the boxes?
22      A    I was told by people who -- I don't know if they
23 saw her.  I was told by more than one person.
24      Q    But you did not witness this?
25      A    I just answered that question.  I was not there.
```