STATE OF CONNECTICUT

COMMISSION ON HUMAN RIGHTS & OPPORTUNITIES

| | | |
|---|---|---|
| NORMA CHRISTIAN | : | |
| | : | |
| VS. | : | CHRO NO. 0210109 |
| | : | EEOC NO. 16AA11443 |
| CONNECTICUT JUDICIAL | : | |
| BRANCH, COURT OPERATIONS | : | |
| DIVISION | : | OCTOBER 23, 2001 |

## AMENDED COMPLAINT

STATE OF CONNECTICUT      )
                          )    SS:    New Haven
COUNTY OF NEW HAVEN       )

NORMA CHRISTIAN, having been duly sworn, states:

1. I have been a court reporter, employed by the Connecticut Judicial Branch, since January of 1977.

2. Until today, I have never received an unfavorable evaluation at my job.

3. I filed the complaint in this case in September.

4. Today, I received my first unfavorable evaluation. A copy is attached hereto.

5. This evaluation is false and inaccurate and, upon information and belief, has been made to retaliate against me for filing the complaint in this matter.

_____

NORMA CHRISTIAN

Subscribed and sworn to before me this 23rd day of October, 2001.

_____

Commissioner of the Superior Court

CERTIFICATION OF SERVICE

On October 23, 2001, a copy hereof was mailed to Ann-Laurie Parent, Personnel Officer, Human Resource Management Unit, 75 Elm Street, Hartford, CT 06106.

_____

JOHN R. WILLIAMS