UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NORMA CHRISTIAN, | : | CIVIL ACTION NO. |
|    *Plaintiff* | : | 3:03CV00524(RNC) |
| | : | |
| v. | : | |
| | : | |
| JUDICIAL BRANCH OF THE | : | |
| STATE OF CONNECTICUT, | : | |
| COURT OPERATIONS DIVISION | : | |
| and SABRINA SANTORO, | : | |
|    *Defendants*. | : | September 16, 2004 |

**DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO FILE A REPLY BRIEF**

COMES NOW the defendants and respectfully request an extension of time of an additional one week(7) days up to and including October 1, 2004 in which to file a reply to the plaintiff's Memorandum in Opposition to the defendant's Motion for Summary Judgment. In support of this motion, the defendants represent as follows:

1. The undersigned filed a Motion for Summary Judgment and supporting Memorandum on August 19, 2004.

2. The plaintiff filed a Memorandum in Opposition on September 8, 2004.

3. Given defense counsel's schedule of public hearings before the Commission on Human Rights and Opportunities this month, and the unavailability of support staff due to the Jewish holidays, the defendants are seeking additional time in which to file a responsive pleading, up to and including October 1, 2004.

7. Pursuant to Local Rule 7(b), the undersigned contacted plaintiff's counsel, John R. Williams, Esq., and he has NO OBJECTION to this motion.

WHEREFORE, the undersigned respectfully requests an extension of time of an additional seven (7) days to and including October 1, 2004 in which to file a reply brief.

        DEFENDANTS
        JUDICIAL BRANCH, ET AL.

        RICHARD BLUMENTHAL
        ATTORNEY GENERAL

BY: _____
        Nancy A. Brouillet
        Assistant Attorney General
        Federal Bar No. ct03138
        55 Elm Street, P.O. Box 120
        Hartford, CT  06141-0120
        Tel:  (860) 808-5340
        Fax:  (860) 808-5383
        Email: Nancy.Brouillet@po.state.ct.us

## CERTIFICATION

I hereby certify that pursuant to Local Rules 5 and Rule 56 of the Federal Rules of Civil Procedure, a copy of the foregoing **Defendant's Motion for Enlargement of Time** was sent via United States first class mail, postage prepaid, this 16th day of September, 2004, to:

John R. Williams, Esq.
Williams & Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT   06510

_____
Nancy A. Brouillet
Assistant Attorney General