47

UNITED STATES DISTRICT COURT   FILED
DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| NORMA CHRISTIAN,<br>*Plaintiff* | CIVIL ACTION NO.<br>3:03CV00524(RNC) |
| v. |  |
| JUDICIAL BRANCH OF THE<br>STATE OF CONNECTICUT,<br>COURT OPERATIONS DIVISION<br>and SABRINA SANTORO,<br>*Defendants.* | September 16, 2004 |

## DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO FILE A REPLY BRIEF

COMES NOW the defendants and respectfully request an extension of time of an additional one week(7) days up to and including October 1, 2004 in which to file a reply to the plaintiff's Memorandum in Opposition to the defendant's Motion for Summary Judgment. In support of this motion, the defendants represent as follows:

1. The undersigned filed a Motion for Summary Judgment and supporting Memorandum on August 19, 2004.

2. The plaintiff filed a Memorandum in Opposition on September 8, 2004.

3. Given defense counsel's schedule of public hearings before the Commission on Human Rights and Opportunities this month, and the unavailability of support staff due to the Jewish holidays, the defendants are seeking additional time in which to file a responsive pleading, up to and including October 1, 2004.

7. Pursuant to Local Rule 7(b), the undersigned contacted plaintiff's counsel, John R. Williams, Esq., and he has NO OBJECTION to this motion.

September 17, 2004. Granted. So ordered.

Robert N. Chatigny, U.S.D.J.