UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NORMA CHRISTIAN, | : | CIVIL ACTION NO. |
|    *Plaintiff* | : | 3:03CV00524(RNC) |
| | : | |
| v. | : | |
| | : | |
| JUDICIAL BRANCH OF THE | : | |
| STATE OF CONNECTICUT, | : | |
| COURT OPERATIONS DIVISION | : | |
| and SABRINA SANTORO, | : | |
|    *Defendants.* | : | September 29, 2004 |

## MOTION FOR PERMISSION TO FILE
## OVERSIZED REPLY BRIEF

The defendants, hereby move for permission to file their reply brief in excess of the ten page limitation set forth in Local Rule 7(d). The plaintiff presented many issues and the defendants found it impossible to limit their reply to less than eleven (11) pages. The defendants have attached their brief hereto.

                                            DEFENDANTS,
                                            JUDICIAL BRANCH OF THE
                                            STATE OF CONNECTICUT,
                                            COURT OPERATIONS DIVISION
                                            and SABRINA SANTORO

                                            RICHARD BLUMENTHAL
                                            ATTORNEY GENERAL

By: _____
      Nancy A. Brouillet
      Assistant Attorney General
      Federal Bar # ct03138
      55 Elm Street, P.O. Box 120
      Hartford, CT 06141-1020
      Tel.: (860) 808-5340
      Fax: (860) 808-5383
      E-mail: Nancy.Brouillet@po.state.ct.us

## **CERTIFICATION**

I hereby certify that pursuant to §5(b) of the Federal Rules of Civil Procedure, a copy of the foregoing Motion for Permission to File Oversized Reply Brief was sent via first class mail, postage prepaid, this 29th day of September, 2004 to:

John R. Williams, Esq.
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT  06510
Email:  jrw@johnrwilliams.com

 

_____
Nancy A. Brouillet
Assistant Attorney General