



UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 SEP 29 P 1:46

U.S. DISTRICT COURT
HARTFORD, CT.

| | | |
|---|---|---|
| NORMA CHRISTIAN,<br>*Plaintiff*<br><br>v.<br><br>JUDICIAL BRANCH OF THE STATE OF CONNECTICUT, COURT OPERATIONS DIVISION and SABRINA SANTORO,<br>*Defendants.* | : | CIVIL ACTION NO.<br>3:03CV00524(RNC)<br><br><br><br><br><br>September 29, 2004 |

**MOTION FOR PERMISSION TO FILE OVERSIZED REPLY BRIEF**

The defendants, hereby move for permission to file their reply brief in excess of the ten page limitation set forth in Local Rule 7(d). The plaintiff presented many issues and the defendants found it impossible to limit their reply to less than eleven (11) pages. The defendants have attached their brief hereto.

DEFENDANTS,
JUDICIAL BRANCH OF THE
STATE OF CONNECTICUT,
COURT OPERATIONS DIVISION
and SABRINA SANTORO

RICHARD BLUMENTHAL
ATTORNEY GENERAL

---

**September 30, 2004.**

Christian v. Judicial Branch.
3:03CV00524 (RNC)

Re: Defendants' Motion for Permission to File Oversized Reply Brief (Doc. # 49)

Granted. So ordered.

FILED
2004 OCT -1 P 2:1?
U.S. DISTRICT COURT
HARTFORD, CT.

Robert N. Chatigny, U.S.D.J.