# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## APPEARANCE

FILED
2004 OCT -6 A 10: 08

CASE NUMBER: 3:03CV00524(RNC)

To the Clerk of this court and all parties of record: Christian v. St. of CT Judicial Branch, et al.

Enter my appearance as counsel in this case for:

Plaintiff

10-6-04
Date

24651
Connecticut Federal Bar Number

203-562-9931
Telephone Number

203-776-9494
Fax Number

tmahoney@johnrwilliams.com
E-mail address

/s/ T. Mahoney
Signature

Timothy J. Mahoney
Print Clearly or Type Name

51 Elm St. #409
Address

New Haven, CT 06510

### CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.24