```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT


NORMA CHRISTIAN,                    :
                                    :
     Plaintiff,                     :
                                    :
     v.                             :     CASE NO.  3:03CV524(RNC)
                                    :
JUDICIAL BRANCH OF THE STATE        :
OF CONNECTICUT, COURT               :
OPERATIONS DIVISION AND             :
SABRINA SANTORO,                    :
                                    :
     Defendants.                    :
```

## RULING ON DISCOVERY MOTIONS

Pending before the court are the defendant's "motion to compel and motion for sanctions" (doc. #35) and "bill of costs and request for attorney's fees" (doc. #37).

On May 7, 2004, the defendants served the plaintiff with a notice for deposition. Attached to the notice was Schedule A, a list of fifteen document requests. (Defs' Ex. A.) Although the plaintiff did not serve any objections in response to the requests in Schedule A, she failed to produce any of the requested documents at her May 25, 2004 deposition. On July 15, 2004, the defendants re-noticed the plaintiff's deposition for August 5, 2004. Again, the defendants attached Schedule A to the deposition notice. (Defs' Ex. B.) The plaintiff produced documents at her August 5, 2004 deposition but not any of the documents requested in Schedule A.

The defendants, in turn, filed the instant motion to compel

and for sanctions (doc. #35) in which they request that the plaintiff be ordered to either produce the documents within five days of the granting of the motion or have her case dismissed with prejudice. In addition, the defendants request that they be awarded the attorney's fees and expenses incurred in making their motion, as set forth their "bill of costs and requests for attorney's fees." (Doc. #37.)

The defendants' motions are GRANTED as set forth herein. The plaintiff shall serve upon the defendants a written response to Schedule A item by item. As to each item, the plaintiff shall: (1) identify the documents she is producing in response; (2) describe the documents that she already has produced and (3) describe in detail the efforts she made to search for documents she was unable to produce. The plaintiff's written response should track the document requests in Schedule A and should therefore contain fifteen numbered entries. The plaintiff shall serve her written response on the defendants within ten (10) days of the filing of this order. See D.Conn.L.Civ.R. 37(a)5 ("compliance with discovery ordered by the Court shall be made within ten (10) days of the filing of the Court's order.")

In their motion, the defendants request that the court sanction the plaintiff pursuant to Fed. R. Civ. P. 37(a)(4)(A) by awarding the defendants the reasonable attorney's fees and expenses they incurred in making their motion to compel. (Doc. #35 at 3.)

Rule 37(a)(4)(A) provides that if a motion to compel discovery is granted the court "shall" assess costs and fees against the non-moving party "unless the court finds that the opposition to the motion was substantially justified or that other circumstances make an award of expenses unjust." It is undisputed that the plaintiff has not produced documents in response to Schedule A. The opposition to the motion was not substantially justified nor are there other circumstances which make an award of expenses unjust. The defendants have submitted a bill of costs and request for attorney's fees incurred in the amount of $333.50. Although the plaintiff objects to the defendants' request for sanctions, she has not challenged the reasonableness of the fees and expenses requested.

It is hereby ORDERED that the defendants' motion to compel and motion for sanctions (doc. #35) and bill of costs and request for attorney's fees (doc. #37) are GRANTED. The plaintiff shall pay to the defendants fees and expenses in the sum of $333.50 within twenty days (20) from the date of this order.

SO ORDERED at Hartford, Connecticut this 7th day of October, 2004.

_____/s/_____
Donna F. Martinez
United States Magistrate Judge