UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NORMA CHRISTIAN | : | |
| | : | |
| VS. | : | NO. 3:03CV524(RNC) |
| | : | |
| JUDICIAL BRANCH OF THE STATE OF CONNECTICUT, ET AL. | : | |
| | : | |
| | : | JANUARY 3, 2005 |

## MOTION TO WITHDRAW APPEARANCE

The undersigned respectfully requests permission to withdraw as counsel for the plaintiff in this case. In support hereof, the undersigned represents as follows:

1. I am leaving the firm Williams and Pattis effective January 10, 2005.

2. John R. Williams will continue to represent the plaintiff in this matter.

3. There is no prejudice to the defendant by Attorney Coleman Waisonovitz's withdrawal from this action.

          THE PLAINTIFF

BY:_____
      KIM COLEMAN WAISONOVITZ
      Federal Bar No. ct25759
      51 Elm Street
      New Haven, CT 06510
      203/562-9931
      FAX:  203/776-9494
      E-Mail: napatty1@aol.com
      His Attorney

**CERTIFICATION OF SERVICE**

On the date above stated, copies hereof were mailed to:

Nancy Brouillet
P.O. Box 120
Hartford, CT 06141-0120

_____
KIM COLEMAN WAISONOVITZ