UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NORMA CHRISTIAN | : | |
| | : | |
| VS. | : | NO. 3:03CV524(RNC) |
| | : | |
| JUDICIAL BRANCH OF THE | : | |
| STATE OF CONNECTICUT, ET AL. | : | |
| | : | JANUARY 3, 2005 |

## MOTION TO WITHDRAW APPEARANCE

The undersigned respectfully requests permission to withdraw as counsel for the plaintiff in this case. In support hereof, the undersigned represents as follows:

1. I am leaving the firm Williams and Pattis effective January 10, 2005.

2. John R. Williams will continue to represent the plaintiff in this matter.

3. There is no prejudice to the defendant by Attorney Pattis's withdrawal from this action.

                    THE PLAINTIFF

       BY:_____
             NORMAN A. PATTIS
             Federal Bar No. ct13120
             51 Elm Street
             New Haven, CT 06510
             203/562-9931
             FAX:  203/776-9494
             E-Mail: napatty1@aol.com
             His Attorney

## CERTIFICATION OF SERVICE

On the date above stated, copies hereof were mailed to:

Nancy Brouillet
P.O. Box 120
Hartford, CT 06141-0120

             _____
             NORMAN A. PATTIS