57

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| NORMA CHRISTIAN | : |
| VS. | :    NO. 3:03CV524(RNC) |
| JUDICIAL BRANCH OF THE STATE OF CONNECTICUT, ET AL. | : |
| | :    JANUARY 3, 2005 |

## MOTION TO WITHDRAW APPEARANCE

The undersigned respectfully requests permission to withdraw as counsel for the plaintiff in this case. In support hereof, the undersigned represents as follows:

1. I am leaving the firm Williams and Pattis effective January 10, 2005.

2. John R. Williams will continue to represent the plaintiff in this matter.

3. There is no prejudice to the defendant by Attorney Pattis's withdrawal from this action.

January 7, 2005. Granted. So ordered.

Robert N. Chatigny, U.S.D.J.

FILED 2005 JAN -7 A 10: 57 U.S. DISTRICT COURT HARTFORD, CT.