UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| NORMA CHRISTIAN | : |
| | : |
| v. | : CASE NO. 3:03CV524 (RNC) |
| | : |
| JUDICIAL BRANCH OF THE STATE OF CONNECTICUT, ET AL., | : |
| | : |

## JUDGMENT

This action having come on for consideration of defendants' motion for summary judgment before the Honorable Robert N. Chatigny, United States District Judge, and

The court having considered the motion and the full record of the case including applicable principles of law, and having filed a ruling and order granting the motion and dismissing the federal claims with prejudice and the IIED claim without prejudice, it is hereby

ORDERED, ADJUDGED and DECREED that the judgment be and is hereby entered in favor of the defendants.

Dated at Hartford, Connecticut, this lst day of April 2005.

KEVIN F. ROWE, Clerk


By      /s/lik     
    Linda I. Kunofsky
    Deputy Clerk

EOD _____

Case 3:03-cv-00524-RNC    Document 61    Filed 04/01/2005    Page 2 of 2