UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NORMA CHRISTIAN, | : | CIVIL ACTION NO. |
| *Plaintiff* | : | 3:03CV00524(RNC) |
| | : | |
| v. | : | |
| | : | |
| JUDICIAL BRANCH OF THE | : | |
| STATE OF CONNECTICUT, | : | |
| COURT OPERATIONS DIVISION | : | |
| and SABRINA SANTORO, | : | |
| *Defendants.* | : | May 5, 2005 |

## APPEARANCE

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF CONNECTICUT:

Please enter my appearance as attorney for the defendants in addition to the appearance

of Assistant Attorney General Nancy A. Brouillet already on file.

Dated at Hartford, Connecticut this 5th day of May, 2005.

                                            DEFENDANTS

                                            RICHARD BLUMENTHAL
                                            ATTORNEY GENERAL

By: _____
       Joseph A. Jordano
       Assistant Attorney General
       55 Elm Street, P.O. Box 120
       Hartford, CT  06141-0120
       Tel:  (860) 808-5340
       Fax: (860) 808-5383
       Federal Bar No. ct21487
       Email:  Joseph.Jordano@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 5th day of May, 2005, to the following:

John R. Williams, Esq.
Williams & Associates, LLC
51 Elm Street, Suite 409
New Haven, CT  06510

                                                                                      _____
                                                                                       Joseph A. Jordano
                                                                                       Assistant Attorney General