UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NORMA CHRISTIAN, | : | CIVIL ACTION NO. |
| *Plaintiff* | : | 3:03CV00524(RNC) |
| | : | |
| v. | : | |
| | : | |
| JUDICIAL BRANCH OF THE | : | |
| STATE OF CONNECTICUT, | : | |
| COURT OPERATIONS DIVISION | : | |
| and SABRINA SANTORO, | : | |
| *Defendants.* | : | May 5, 2005 |

**DEFENDANTS' MOTION FOR COSTS**

Defendant's motion for summary judgment was granted on March 31, 2005 (Doc. # 60) and Judgment was entered on the same date (Doc. # 61).  Pursuant to the provisions of Rule 54(d) of the Federal Rules of Civil Procedure, and Rule 54(a) of the Local Rules of Civil Procedure, the defendants, who are the prevailing party in the above-captioned case, respectfully request that:

a.      The court assess costs in this action in the amount of $888.75  consistent with the Bill of Costs and Certification attached to this motion as Exhibits A and B.

The actual amounts paid have, in applicable situations, been reduced to reflect the maximum allowable transcript rate, $3.75 per page, pursuant to Vol. VI, Chap. XX of the "Guide to Judiciary Policies and Procedures" and to omit any charges for shipping and handling.

DEFENDANTS

RICHARD BLUMENTHAL
ATTORNEY GENERAL


BY: _____
Joseph A. Jordano
Assistant Attorney General
Federal Bar No. ct21487
55 Elm Street, P.O. Box 120
Hartford, CT  06141-0120
Tel: (860) 808-5340
Fax: (860) 808-5383
Joseph.Jordano@po.state.ct.us


## CERTIFICATION

I hereby certify that a copy of the foregoing Defendants' Motion for Costs was served by

first-class mail, postage prepaid, in accordance with Rule 5(b) of the Federal Rules of Civil

Procedure on this 5th day of May, 2005 to:

John R. Williams, Esq.
Williams & Associates, LLC
51 Elm Street, Suite 409
New Haven, CT  06510


_____
Joseph A. Jordano
Assistant Attorney General

2

**EXHIBIT A**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| NORMA CHRISTIAN, | : | CIVIL ACTION NO. |
| *Plaintiff* | : | 3:03CV00524(RNC) |
| | : | |
| v. | : | |
| | : | |
| JUDICIAL BRANCH OF THE | : | |
| STATE OF CONNECTICUT, | : | |
| COURT OPERATIONS DIVISION | : | |
| and SABRINA SANTORO, | : | |
| *Defendants.* | : | May 5, 2005 |

**BILL OF COSTS**

1.  Fees of the Court Reporter .......................................... $ 465.00
    Deposition of Norma Christian, Vol. I, dated
    May 25, 2004 -- invoice attached

2.  Fees of the Court Reporter…………………………… 423.75
    Deposition of Norman Christian, Vol. II,
    dated  August 5, 2004 --  invoice attached

**TOTAL**                                          **$ 888.75**

**EXHIBIT B**

## <u>UNITED STATES DISTRICT COURT</u>
## <u>DISTRICT OF CONNECTICUT</u>

| | | |
|---|---|---|
| NORMA CHRISTIAN, | : | CIVIL ACTION NO. |
| *Plaintiff* | : | 3:03CV00524(RNC) |
| | : | |
| v. | : | |
| | : | |
| JUDICIAL BRANCH OF THE | : | |
| STATE OF CONNECTICUT, | : | |
| COURT OPERATIONS DIVISION | : | |
| and SABRINA SANTORO, | : | |
| *Defendants.* | : | May 5, 2005 |

### <u>CERTIFICATION</u>

I, Joseph A. Jordano, an Assistant Attorney General for the State of Connecticut, hereby certify that the foregoing costs were necessarily incurred in the defense of this matter, and that they accurately and completely reflect the costs spent by defendants in preparation of trial, preliminary injunction hearing and/or the motion for summary judgment filed in this case.

_____
Joseph A. Jordano
Assistant Attorney General

Subscribed and sworn to before me by the above affiant on this the _____ day of May, 2005.

_____
Notary Public/Commissioner of the Superior Court

4