NAB

# Brandon Smith Reporting Service, LLC                    Invoice

44 Capitol Avenue
Suite 203
Hartford, CT 06106
Phone: (860) 549-1850    Fax: (860) 549-1537

| Invoice Date | Invoice # |
|---|---|
| Tuesday, June 01, 2004 | 10602BL |

Nancy A Brouillet
Attorney General
55 Elm Street
P.O. Box 120  4th Floor Conference Room
Hartford, CT 06141

Phone:    (860) 808-5340    Fax:    (860) 808-5347

| | |
|---|---|
| **Witness:** | Christian, Norma |
| **Case:** | Christian vs. Judicial Branch & Santoro |
| **Venue:** | |
| **Case #:** | 3:03-CV-00524(RNC) |
| **Date:** | 5/25/2004 |
| **Start Time:** | 2:10 PM |
| **End Time:** | 4:15 PM |
| **Reporter:** | Kelly Yarasavych |
| **Claim #:** | |
| **File #:** | 14539ss |

| Description | Quan | Total |
|---|---|---|
| Attorney General - Appearance | 1 | $75.00 |
| Original and Two | 96 | $379.20 |
| Multipage Condensed | 1 | $30.00 |
| | Sub Total | $484.20 |
| | Payments | $0.00 |
| | Balance Due | $484.20 |



RECEIVED DEC - 6 2004 ATTORNEY GENERAL'S OFFICE

Fed. I.D. # 06-1448649

**We accept Visa, Mastercard and American Express!**

# Brandon Smith Reporting Service, LLC                              Invoice

44 Capitol Avenue
Suite 203
Hartford, CT  06106
Phone: (860) 549-1850      Fax: (860) 549-1537

| Invoice Date | Invoice # |
|---|---|
| Monday, August 16, 2004 | 12123BL |

Nancy A Brouillet
Attorney General
55 Elm Street
Hartford, CT 06106

Phone:    (860) 808-5340    Fax:    (860) 808-5347

| Witness: | Christian, Norma |
|---|---|
| Case: | Christian vs. Judicial Branch & Santoro |
| Venue: | |
| Case #: | 3:03-CV-00524(RNC) |
| Date: | 8/5/2004 |
| Start Time: | 10:05 AM |
| End Time: | 11:52 AM |
| Reporter: | Kelly Yarasavych |
| Claim #: | |
| File #: | 4005BL |

| Description | Quan | Total |
|---|---|---|
| Attorney General - Appearance | 1 | $75.00 |
| Original and One | 85 | $335.75 |
| Multipage Condensed | 1 | $30.00 |
| Sub Total | | $440.75 |
| Payments | | $0.00 |
| Balance Due | | $440.75 |

*8/13/04*

*Ok for payment*

*NA. Brouillet*
*Asst. Atty Gen.*

Fed. I.D. # 06-1448649
**We accept Visa, Mastercard and American Express!**