UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NORMA CHRISTIAN | : | |
| | : | |
| VS. | : | NO. 3:03CV524(RNC) |
| | : | |
| STATE OF CONNECTICUT, | : | |
| JUDICIAL BRANCH, | : | |
| COURT OPERATIONS DIVISION | : | |
| and SABRINA SANTORO | : | MAY 13, 2005 |

## OBJECTION TO MOTION FOR COSTS

Plaintiff objects to the defendants' Motion for Costs for the following reasons:

1. Having been filed more than thirty (30) days after entry of judgment, the motion is untimely.

2. Defendants seek to be paid for three (3) copies of the plaintiff's May 25, 2004, deposition, which is more copies than permitted.

THE PLAINTIFF

BY_____
        JOHN R. WILLIAMS (ct00215)
        51 Elm Street, Suite 409
        New Haven, CT 06510
        Telephone: 203.562.9931
        FAX: 203.7876.949
        E-Mail: jrw@johnrwilliams.com
        Her Attorney

<u>CERTIFICATION OF SERVICE</u>

On the date above stated, a copy hereof was mailed to Attorneys Joseph A. Jordano and Nancy A. Brouillet, Assistant Attorneys General P. O. Box 120, Hartford, CT 06141-0120 (Fax: 860.808.5383; E-Mail: nancy.brouillet@po.state.ct.us).

_____
John R. Williams