UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NORMA CHRISTIAN, | : | CIVIL ACTION NO. |
| *Plaintiff* | : | 3:03CV00524(RNC) |
| | : | |
| v. | : | |
| | : | |
| JUDICIAL BRANCH OF THE | : | |
| STATE OF CONNECTICUT, | : | |
| COURT OPERATIONS DIVISION | : | |
| and SABRINA SANTORO, | : | |
| *Defendants.* | : | May 17, 2005 |

**DEFENDANTS' RESPONSE TO PLAINTIFF'S OBJECTION
TO MOTION FOR COSTS**

COMES NOW the defendants and respond to plaintiff's objection dated May 13, 2005

(Doc. # 64) to defendants' motion for costs:

1.      Plaintiff's assertion that the motion for costs is untimely is baseless.  The plaintiff

had thirty (30) days in which to file an appeal to the Judgment (Doc # 60), dated March 31, 2005.

Once the appeal period has run, the defendants had ten (10) days in which to file their motion for

costs.  See Local Rule 54(a) which states, "Any party who seeks costs in the District Court shall,

within ten (10) days after the District court judgment becomes final <u>due to the expiration of the</u>

<u>appeal period, as defined by Fed. R. App. P. Rule 4,</u> or within ten (10) days after the issuance of

a mandate by a federal appellate Court, file with the Clerk and serve on all other parties a

verified bill of costs pursuant to 28 U.S.C. §§ 1821, 1920, 1923 and 1924 setting forth each item

of costs that is claimed." (Emphasis added).  The defendants' motion for costs (Doc. # 63), dated

May 5, 2005 was timely.

2.      Plaintiff's deposition of May 25, 2004 was taxed at $3.75 per page as allowed

pursuant to Vol. VI, Chap. XX of the "Guide to Judiciary Policies and Procedures." If anything,

the defendants' concede the $30 cost for the mulitpage condensed version may be disallowed.


Notwithstanding the objection, the defendants respectfully submit their motion for costs

be granted in its entirety in the amount of $888.75.  In the alternative, should the cost for the

multipage condensed version be deemed disallowed, the defendants respectfully submit costs

should be taxed in the amount of $858.75.


DEFENDANTS

RICHARD BLUMENTHAL
ATTORNEY GENERAL


BY:     _____
Joseph A. Jordano
Assistant Attorney General
Federal Bar No. ct21487
55 Elm Street, P.O. Box 120
Hartford, CT  06141-0120
Tel: (860) 808-5340
Fax: (860) 808-5383
Joseph.Jordano@po.state.ct.us

**CERTIFICATION**

I hereby certify that a copy of the foregoing Defendants' Response to Plaintiff's

Objection to Motion for Costs was served by first-class mail, postage prepaid, in accordance with

Rule 5(b) of the Federal Rules of Civil Procedure on this 17th day of May, 2005 to:

John R. Williams, Esq.
Williams & Associates, LLC
51 Elm Street, Suite 409
New Haven, CT  06510

_____
Joseph A. Jordano
Assistant Attorney General