UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NORMA CHRISTIAN | : | |
| | : | |
| Vs. | : | CASE NO. 3:03CV524 (RNC) |
| | : | |
| JUDICIAL BRANCH OF THE STATE OF CONNECTICUT, COURT OPERATIONS DIVISION and SABRINA SANTORO | : : : | |

RULING ON DEFENDANTS' MOTION FOR COSTS

Judgment entered for the defendants on April 1, 2005, after a ruling entered granting the defendants' motion for summary judgment. Defendants filed a motion for costs on May 6, 2005, the plaintiff filed an objection on May 16, 2005, and the defendants filed a response to the objection on May 18, 2005. For the reasons stated below, defendants' motion for costs is granted in part and denied in part.

A. FEES FOR COURT REPORTER: Defendants are entitled to costs for an original and one copy of a transcript and any court reporter attendance fees, to be taxed at the prevailing page rate, pursuant to Local Rule 54(c)2. Deposition transcripts are taxable if used at trial in lieu of live testimony, for cross-examination, for impeachment, or in support of a successful motion for summary judgment pursuant to Local Rule 54(c)2(iii).

Defendants submitted a claim in the amount of $888.75 for the cost of plaintiff's deposition transcripts of May 25, 2004, and August 5, 2004, portions of which were used in the defendants' motion for summary judgment. This claim is allowed in the reduced amount of $828.75, and the multipage condensed fees are disallowed.

B. SUMMARY: For the reasons previously stated, the defendants' motion for costs is allowed as follows:

| | |
|---|---|
| FEES OF THE COURT REPORTERS | $ 150.00 |
| TRANSCRIPTS | $ <u>678.75</u> |
| TOTAL | $828.75 |

Pursuant to Local Rule 54(d), the parties may appeal this decision to the presiding judge within five days of the entry of this ruling.

Dated at Hartford, Connecticut, this 28th day of June, 2005.

                          KEVIN F. ROWE, Clerk


            By        /s/lik
                        Linda I. Kunofsky
                        Deputy-in-Charge